McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Scott J. Ivy, #197681
 *Scott.ivy@mccormickbarstow.com*
Devon R. McTeer #230539
 *devon.mcteer@mccormickbarstow.com*
Jared Gordon, #227980
 *Jared.gordon@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff, SATMODO, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATMODO, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WHENEVER COMMUNICATIONS, LLC, d.b.a. SatellitePhoneStore.com, a Nevada limited liability company, HENAA BLANCO, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 17-CV-0192-AJB NLS<br><br>**DECLARATION OF SCOTT J. IVY IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**<br><br>Dept.          3B<br>Judge:       Hon. Anthony J. Battaglia<br>Magistrate:  Hon. Nita L. Stormes |

I, Scott J. Ivy, declare as follows:

1.      I am an attorney duly admitted to practice before the Courts of the State of California and before this Court.  I am Of Counsel to the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, attorneys of record for Plaintiff, SATMODO, LLC ("Plaintiff") in the above-entitled action.

2.      If called as a witness, I would and could competently testify to all facts stated herein from my personal knowledge except where stated upon information and belief and, as to these matters, I am informed and believe them to be true. I am submitting this Declaration in support of Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Protective Order.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

17-CV-0192-AJB NLS
DECLARATION OF SCOTT J. IVY IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

3.     Following the Early Neutral Evaluation Conference, Defendants served written discovery requests upon Plaintiff seeking "All of the documents referenced in Part II of your Initial Disclosure Statement." (A true and correct copy of Defendant's written discovery requests are attached hereto as Exhibit "1".)

4.     The documents identified in Part II of Plaintiff's initial disclosures include full and complete reports and logs identifying clicks on Plaintiff's paid ads, efforts Plaintiff has employed to try and block and/or monitor and track future attempts at unauthorized access, documents evidencing Plaintiff's "historical and recent sales, costs, expenses, and conversion rates, Plaintiff's contracts with search providers, performance under those contracts and documents evidencing Plaintiff's damages. (A true and correct copy of the Initial Disclosures are attached hereto as Exhibit "2".)

5.     Plaintiff has propounded written discovery to Defendants, seeking to identify the universe of computing devices that may have been used by Defendants' employees or agents to make the clicks, identity of employees and agents during the relevant time period, documents relating to the same and a request for inspection of Defendants' computer systems. (A true and correct copy of the written discovery served upon Defendants is attached hereto as Exhibits "3".)

6.     Defendants' counsel has refused to meet and confer with me on the terms of any Protective Order, or even offer any criticisms or proposed revisions to the Protective Order proposed by Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed by me on February 21, 2018, at Fresno, California.

/s/Scott Ivy
Scott J. Ivy
Attorneys for Plaintiff, SATMODO, LLC
scott.ivy@mccormickbarstow.com

18265-00000 4987064.1

| DESCRIPTION | LOCATION | PAGE NO. |
|---|---|---|
| Defendant's written discovery requests | Exhibit 1 | 4 |
| Initial Disclosures | Exhibit 2 | 8 |
| Plaintiff's written discovery requests | Exhibit 3 | 16 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7847 NORTH FRESNO STREET
FRESNO, CA 93720

3

17-CV-0192-AJB NLS