**CALENDARED**

*Response due 2-22-18* ✓

1  MATTHEW V. HERRON (Bar No. 71193)
2  mherron@herronlawapc.com
   herronlaw, *apc*
3  350 Tenth Avenue, Suite 880
4  San Diego, California 92101-3545
   Tel: (619) 233-4122 / Fax: (619) 233-3709
5

6  Attorneys for Defendants WHENEVER COMMUNICATIONS, LLC, dba
7  SATELLITEPHONESTORE.COM; and HENAA BLANCO

8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| SATMODO, LLC, a California limited liability company, | Case No. 17-CV-0192-AJB NLS |
| Plaintiff, | **REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFF SATMODO, LLC** |
| v. | (SET NO. ONE) |
| WHENEVER COMMUNICATIONS, LLC, dba SATELLITEPHONESTORE.COM, a Nevada limited liability company, HENAA BLANCO, an individual, and DOES 1 through 50, inclusive, | |
| Defendants. | DEPT: 3B<br>JUDGE: Hon. Anthony J. Battaglia<br>MAGISTRATE: Hon. Nita L. Stormes |

PROPOUNDING PARTY:   Defendants WHENEVER COMMUNICATIONS, LLC, dba SATELLITEPHONESTORE.COM and HENAA BLANCO

RESPONDING PARTY:   Plaintiff SATMODO, LLC

SET NUMBER:   One

///
///
///

---

1  Defendants WHENEVER COMMUNICATIONS, LLC, dba SATELLITEPHONESTORE.COM and HENAA BLANCO request Plaintiff SATMODO, LLC respond to the following requests for production of documents within 30 days.

In preparing responses, the following definitions should control unless indicated otherwise by the context:

(1) The terms "YOU" and "YOUR" and as used herein throughout includes the party to whom the following interrogatories are addressed and all agents, employees, insurance companies, attorneys, investigators and anyone else acting on behalf of said party.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

All of the documents referenced in Part II of your Initial Disclosure Statement.

Dated:    January 23, 2018              herronlaw, *apc*

By:  /s/ Matthew V. Herron
Matthew V. Herron (SBN 71193)
mherron@herronlawapc.com
Attorneys for Defendants
WHENEVER COMMUNICATIONS, LLC,
dba SATELLITEPHONESTORE.COM; and
HENAA BLANCO

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 23, 2018 to all counsel of record by electronic mail.

Dated:      January 23, 2018            herronlaw, *apc*

By: /s/ Matthew V. Herron
Matthew V. Herron (SBN 71193)
mherron@herronlawapc.com
Attorneys for Defendants
WHENEVER COMMUNICATIONS, LLC,
dba SATELLITEPHONESTORE.COM; and
HENAA BLANCO

---

REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFF SATMODO, LLC (SET NO. ONE)
3

Exhibit 1 - 6