

**McCORMICK BARSTOW LLP**
ATTORNEYS AT LAW

Scott J. Ivy
scott.ivy@mccormickbarstow.com

FRESNO, CA OFFICE
7647 North Fresno Street
Fresno, CA 93720
P.O. Box 28912
Fresno, CA 93729-8912
Telephone (559) 433-1300
Fax (559) 433-2300

Other offices of
McCORMICK, BARSTOW, SHEPPARD
WAYTE AND CARRUTH, LLP

www.mccormickbarstow.com

CINCINNATI, OH OFFICE
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, Ohio 45202
Telephone (513) 762-7520
Fax (513) 762-7521

DENVER, CO OFFICE
999 18th Street, Suite 3000
Denver, Colorado 80202
Telephone (720) 282-8126
Fax (720) 282-8127

LAS VEGAS, NV OFFICE
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone (702) 949-1100
Fax (702) 949-1101

MODESTO, CA OFFICE
1125 I Street, Suite 1
Modesto, California 95354
Telephone (209) 524-1100
Fax (209) 524-1188

February 1, 2018

VIA E-MAIL AND U.S. MAIL

Matthew V. Herron, Esq.
HERRON LAW, APC
350 Tenth Avenue, Suite 880
San Diego, CA 92101-3545

Re: <u>Satmodo, LLC v. Whenever Communications, LLC, et al.</u>

Dear Mr. Herron:

Enclosed please find:

(1)  Satmodo's First Set of Special Interrogatories;

(2)  Satmodo's First Set of Demands for Production of Documents; and

(3)  Satmodo's First Demand for Inspection of Property (Computing Devices).

With respect to the Demand for Inspection of Computing Devices, I renew the offer I made during our Rule 26 Conference to meet and confer with you regarding ESI Discovery and Protocols, including the location for such inspections, how the devices will be produced and inspected, and a discussion of any reasonable scope or search terms or protocols.

Very truly yours,

Scott J. Ivy
McCormick Barstow LLP

SJI:lcw
Enclosures

18265-00000 4951644.1

Exhibit 3 - 16

```
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Scott J. Ivy, #197681
   Scott.ivy@mccormickbarstow.com
Devon R. McTeer, #230539
   devon.mcteer@mccormickbarstow.com
Jared Gordon, #227980
   Jared.gordon@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300
```

Attorneys for Plaintiff, SATMODO, LLC

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATMODO, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WHENEVER COMMUNICATIONS, LLC, d.b.a. SatellitePhoneStore.com, a Nevada limited liability company, HENAA BLANCO, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 17-CV-0192-AJB NLS<br><br>**INTERROGATORIES TO WHENEVER COMMUNICATIONS, LLC [SET ONE]** |

PROPOUNDING PARTY:   Plaintiff, SATMODO, LLC

RESPONDING PARTY:    Defendant WHENEVER COMMUNICATIONS, LLC, d.b.a. SatellitePhoneStore.com

SET NO.:              ONE (1)

PLEASE TAKE NOTICE that, pursuant to the provisions of the Federal Rules of Civil Procedure, Rule 33, Plaintiff, SATMODO, LLC ("Satmodo" and/or "Propounding Party") hereby requests that Defendant WHENEVER COMMUNICATIONS, LLC d.b.a. SatellitePhoneStore.com ("Defendant" and/or "Responding Party") respond to the following Special Interrogatories under oath and in writing within thirty (30) days

after service of this request in accordance with Federal Rules of Civil Procedure Section 33(b).

## SPECIAL INTERROGATORIES

### SPECIAL INTERROGATORY NO. 1

Identify each COMPUTING DEVICE within YOUR possession, custody or control which was in use for any purpose related to YOUR operations at any time from January 1, 2016 to the present, whether still in use or not, including for each device:

a. A description of the device;
b. The model and serial number;
c. The time period between January 1, 2016 to the present that the device was in use;
d. All users for the period referenced above and
e. Locations where the equipment was located during the same period;
f. If the device is no longer in use, the last person to have custody.

"YOU" and "YOUR" shall mean Defendant WHENEVER COMMUNICATIONS, LLC, d.b.a. SatellitePhoneStore.com any of its employees, attorneys, independent contractors, interns, agents, engineers, persons engaged by it and anyone else acting or who has acted for or on its behalf.

"COMPUTING DEVICE" shall mean such electronic devices as laptop computers, desktop computers, servers, mobile devices such as cellular phones or smartphones, tablet computers such as iPads, electronic storage media such as flash memory devices or external hard disk drives, and other similar devices.

### SPECIAL INTERROGATORY NO. 2

Identify each COMPUTING DEVICE owned, possessed, and/or used by any of YOUR employees, agents, independent contractors, and agents at any time during the period from January 1, 2016 to the present that YOU understood was used while they performed their duties for YOU, whether still in use or not, including for each device:

a. A description of the device;

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2                                                    17-CV-0192-AJB NLS
SPECIAL INTERROGATORIES TO WHENEVER COMMUNICATIONS [SET ONE]

Exhibit 3 - 18

|    |    |                                                                                      |
|----|----|--------------------------------------------------------------------------------------|
| 1  | b. | The model and serial number;                                                         |
| 2  | c. | The time period between January 1, 2016 to the present that the device               |
| 3  |    | was in use;                                                                          |
| 4  | d. | All users for the period referenced above and                                        |
| 5  | e. | Locations where the equipment was located during the same period;                    |
| 6  | f. | If the device is no longer in use, the last person to have custody.                  |

**SPECIAL INTERROGATORY NO. 3**

Identify each COMPUTING DEVICE within YOUR possession, custody or control, whether still in use or not, that was used to access, review, research and/or click on SATMODO's website or paid advertisements including for each device:

- a. A description of the device;
- b. The model and serial number;
- c. The time period between January 1, 2016 to the present that the device was in use;
- d. All users for the period referenced above and
- e. Locations where the equipment was located during the same period;
- f. If the device is no longer in use, the last person to have custody.

"SATMODO" shall mean Plaintiff, SATMODO, LLC any of its employees, attorneys, agents, engineers, persons engaged by it and anyone else acting or who has acted for or on its behalf.

**SPECIAL INTERROGATORY NO. 4**

If YOU are aware of or contend that any COMPUTING DEVICE(s) not within YOUR possession, custody or control were used to access, review, research and/or click on SATMODO's website or paid advertisements from the time period between January 1, 2016 to the present, identify the each device, including:

- a. A description of the device;
- b. Who YOU believe or contend owned, operated, or used the device;

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

3                                                   17-CV-0192-AJB NLS
SPECIAL INTERROGATORIES TO WHENEVER COMMUNICATIONS [SET ONE]

Exhibit 3 - 19

    c.    The model and serial number;

    d.    The time period between January 1, 2016 to the present that the device was in use;

    e.    All users for the period referenced above;

    f.    Locations where the equipment was located during the same period;

    g.    If the device is no longer in use, the last person to have custody.

**SPECIAL INTERROGATORY NO. 5:**

List all Operating Systems (including but not limited to Unix, Windows, DOS, Linux, Mac OS X, Android, iOS and PDA OPERATING SYSTEMS) installed on any computer or mobile devices used by YOU from the time period between January 1, 2016 to the present, the specific equipment the Operating System was installed on and the period during which it was installed on the specific equipment.

**SPECIAL INTERROGATORY NO. 6**

List all proxy servers used by YOU from January 1, 2016 to the present.

**SPECIAL INTERROGATORY NO. 7**

List all Virtual Private Networks used by YOU from January 1, 2016 to the present.

**SPECIAL INTERROGATORY NO. 8**

List the names and contact information for all present and former employees employed by YOU from the time period between January 1, 2016 to the present.

**SPECIAL INTERROGATORY NO. 9**

List the names and contact information for all present and former independent contractors providing any services for YOU from the time period of January 1, 2016 to the present.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

4    17-CV-0192-AJB NLS
SPECIAL INTERROGATORIES TO WHENEVER COMMUNICATIONS [SET ONE]

Exhibit 3 - 20

| | |
|---|---|
| Dated: February 1, 2018 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | By: *[signature]* |
| | Scott J. Ivy |
| | Devon R. McTeer |
| | Jared Gordon |
| | Attorneys for Plaintiff, SATMODO, LLC |

18265-00000 4936133.1

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

5

17-CV-0192-AJB NLS

SPECIAL INTERROGATORIES TO WHENEVER COMMUNICATIONS [SET ONE]

Exhibit 3 - 21

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF FRESNO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On February 1, 2018, I served true copies of the following document(s) described as **INTERROGATORIES TO WHENEVER COMMUNICATIONS LLC SET ONE** on the interested parties in this action as follows:

Matthew V. Herron, Esq.
HERRON LAW, APC
mherron@herronlawapc.com
350 Tenth Avenue, Suite 880
San Diego, CA 92101-3545

Counsel for Defendants,
WHENEVER COMMUNICATIONS, LLC
dba
SATELLITEPHONESTORE.COM;   and
HENAA BLANCO

**BY ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept electronic service, my electronic service address service is lydia.walter@mccormickbarstow.com, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 1, 2018, at Fresno, California.

_____
Lydia Walter

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

Exhibit 3 - 22

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Scott J. Ivy, #197681
  Scott.ivy@mccormickbarstow.com
Devon R. McTeer, #230539
  devon.mcteer@mccormickbarstow.com
Jared Gordon, #227980
  Jared.gordon@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Plaintiff, SATMODO, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATMODO, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WHENEVER COMMUNICATIONS, LLC, d.b.a. SatellitePhoneStore.com, a Nevada limited liability company, HENAA BLANCO, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 17-CV-0192-AJB NLS<br><br>**REQUEST FOR PRODUCTION OF DOCUMENTS TO WHENEVER COMMUNICATIONS, LLC [SET ONE]** |

PROPOUNDING PARTY: Plaintiff, SATMODO, LLC

RESPONDING PARTY: Defendant WHENEVER COMMUNICATIONS, LLC, d.b.a. SatellitePhoneStore.com

SET NO.: ONE (1)

PLEASE TAKE NOTICE that, pursuant to the provisions of the Federal Rules of Civil Procedure, Rule 34, Plaintiff, SATMODO, LLC ("SATMODO" and/or "Propounding Party") hereby requests that Defendant WHENEVER COMMUNICATIONS, LLC d.b.a. SatellitePhoneStore.com ("Defendant" and/or "Responding Party") respond to the following Requests for Inspection and Production

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

17-CV-0192-AJB NLS
REQUEST FOR PRODUCTION OF DOCUMENTS [SET ONE]

Exhibit 3 - 23

of Document set forth below. The production will take place on March 7, 2017 at 10:00 a.m. at the offices of McCormick, Barstow, Sheppard, Wayte & Carruth LLP located at 7647 North Fresno Street Fresno, California 93720.

Alternatively, the Responding Party will be in full compliance with this demand by forwarding copies of all demanded documents to the offices of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, such that delivery of copies is in tandem with the Responding Party's service of its responses to the demands herein, as required by Rule 34 of the Federal Rules of Civil Procedure.

The Responding Party is required to serve a written response, under oath, responding to each item or category as provided by Rule 34. Plaintiff requests that if any document is no longer in the Responding Party's possession, custody, or control that Responding Party state whether it was lost, destroyed, or otherwise disposed of and describe the circumstances of such disposition.

If Responding Party objects to the production of any documents on any ground, such objections must be fully specifically stated, including the grounds for the objection.

Responding Party shall prepare each of its responses to this Request for Production in accordance with the accompanying definitions and instructions.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1**

All DOCUMENTS that evidence, refer to or RELATE TO any attempts to access, review, research, interact with and/or click on SATMODO's website or paid advertisements.

"DOCUMENT" or "DOCUMENTS" shall mean any and all written, typed, recorded or other material of any kind or nature or any other tangible thing by which information or data is stored, including, without limitation, any writing, drawing, film, graph, chart, photograph, phone record, mechanical or electrical recording, or transcript thereof, any retrievable data, whether in computer storage, carded, punched, taped,

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

2

REQUEST FOR PRODUCTION OF DOCUMENTS [SET ONE]

17-CV-0192-AJB NLS

Exhibit 3 - 24

quoted, or stored, electrostatically, electromagnetically, or otherwise; any other data compilation that can be obtained. Without limiting the generality of the foregoing, the term "DOCUMENTS" shall include all contracts, forms, correspondence, letters, telegram messages, telephone messages, telephone statements or bills, checks, notices, notes of conversations, memoranda, reports, diaries, minutes, recitals, statements, work sheets, abstracts, resumes, summaries, notes, jottings, books, journals, ledgers, audits, maps, charts, diagrams, drafts, newspapers, appointment books, desk calendars, expense reports, tape records, video records, agreements, appraisals, financial statements, calendars, analysis and other tangible writings, including all partial and/or complete copies, drafts and final versions thereof, and attachments or enclosures therewith, and shall include communications, such as correspondence or electronic mail or any medium by which information is transmitted. The term "Documents" shall also encompass the term "Writing" as defined by California Evidence Code § 250.

"RELATING TO" or "RELATE TO" shall be construed in their broadest sense to each require information or documents that constitute, concern, pertain to, mention, discuss, evidence, establish, refer to (directly or indirectly), reflect, allude to, comment upon, responding to, connected with, commenting on, in respect of, about, regarding, discussing, involving, showing, describing, concerning, analyzing, evaluating, consisting of, or tending to support or refute a contention.

**REQUEST NO. 2**

All DOCUMENTS evidencing or RELATING TO any research of, download, purchase, and/or use of the Tor Project ("Tor") Virtual Private Network ("VPN") services, proxies or proxy servers by YOU from January 1, 2016 to the present.

""YOU" and/or "YOUR" as used herein shall refer to Defendant WHENEVER COMMUNICATIONS, LLC d.b.a. SatellitePhoneStore.com as well as all present or past employees, agents, officers, directors, members, partners, representatives, attorneys, accountants, investigators, consultants, experts and any other person or entity acting directly or indirectly on its behalf.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

3

17-CV-0192-AJB NLS

REQUEST FOR PRODUCTION OF DOCUMENTS [SET ONE]

Exhibit 3 - 25

**REQUEST NO. 3**

All DOCUMENTS evidencing or RELATING TO any research of, download, purchase, and/or use of any products, applications or service(s) by YOU from January 1, 2016 to the present that YOU understood were designed, intended, or otherwise serves to anonymize or mask the true source IP address of any COMPUTING DEVICE(S) within YOUR possession, custody, or control the period, whether still in use or not.

"COMPUTING DEVICE" shall mean such electronic devices as laptop computers, desktop computers, servers, mobile devices such as cellular phones or smartphones, tablet computers such as iPads, electronic storage media such as flash memory devices or external hard disk drives, and other similar devices.

**REQUEST NO. 4**

All DOCUMENTS evidencing or RELATING TO any research of, download, purchase, and/or use of any wiping or "anti-forensic" products, applications or service(s) by YOU from January 1, 2016 to the present that are designed, marketed or intended to assist in permanently deleting data and/or otherwise hinder analysis of any COMPUTING DEVICE(S) within YOUR possession, custody, or control the period, whether still in use or not.

**REQUEST NO. 5**

All DOCUMENTS that evidence, refer or RELATE TO any internal COMMUNICATIONS from January 1, 2016 to the present by and between any current former employees, agents, or independent contractors of YOU regarding any efforts or attempts to access, review, research, interact with and/or click on SATMODO's website or paid advertisements.

"COMMUNICATIONS" shall refer to any conversation or transfer of information, whether written, oral, visual, electronic, audio or any other means, and includes, but is not limited to email correspondence, SMS messages (aka "text messages"), letters, memorandum, conversations, dialogues, discussions, interviews,

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

4

17-CV-0192-AJB NLS
REQUEST FOR PRODUCTION OF DOCUMENTS [SET ONE]

Exhibit 3 - 26

consultations, agreements and telephone calls.

**REQUEST NO. 6**

All DOCUMENTS that evidence, refer or RELATE TO any COMMUNICATIONS from January 1, 2016 to the present between any of YOUR employees, agents, or independent contractors and any third parties (i.e. people YOU contend are not YOUR employees, agents, or independent contractors) regarding any efforts or attempts to access, review, research, interact with and/or click on SATMODO's website or paid advertisements.

**REQUEST NO. 7**

All DOCUMENTS that evidence, refer or RELATE TO any internal COMMUNICATIONS from January 1, 2016 to the present by and between any current former employees, agents, or independent contractors of YOU regarding any efforts or attempts to access, review, research, interact with and/or click on any competitor's website or paid advertisements.

**REQUEST NO. 8**

All DOCUMENTS that evidence, refer or RELATE TO any COMMUNICATIONS from January 1, 2016 to the present between any of YOUR employees, agents, or independent contractors and any third parties (i.e. people YOU contend are not YOUR employees, agents, or independent contractors) regarding any attempts or efforts to access, review, research, interact with and/or click on any competitor's website or paid advertisements.

**REQUEST NO. 9**

DOCUMENTS sufficient to identify any and all Internet Service Providers used by YOU from September 1, 2016 to the present.

**REQUEST NO. 10**

DOCUMENTS sufficient to identify any and all IP addresses used by or assigned to YOU from September 1, 2016 to the present.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

5

17-CV-0192-AJB NLS
REQUEST FOR PRODUCTION OF DOCUMENTS [SET ONE]

Exhibit 3 - 27

**REQUEST NO. 11**

DOCUMENTS sufficient to identify any and all Proxy Servers used by YOU from September 1, 2016 to the present.

**REQUEST NO. 12**

DOCUMENTS sufficient to identify any and all Virtual Private Networks used by YOU from September 1, 2016 to the present.

Dated: February 1, 2018

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: *[signature]*
Scott J. Ivy
Devon R. McTeer
Jared Gordon
Attorneys for Plaintiff, SATMODO, LLC

18265-00000 4932963.1

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

6

17-CV-0192-AJB NLS

REQUEST FOR PRODUCTION OF DOCUMENTS [SET ONE]

Exhibit 3 - 28

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF FRESNO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On February 1, 2018, I served true copies of the following document(s) described as **REQUEST FOR PRODUCTION OF DOCUMENTS TO WHENEVER COMMUNICATIONS LLC SET ONE** on the interested parties in this action as follows:

Matthew V. Herron, Esq.
HERRON LAW, APC
mherron@herronlawapc.com
350 Tenth Avenue, Suite 880
San Diego, CA 92101-3545

Counsel for Defendants,
WHENEVER COMMUNICATIONS, LLC
dba
SATELLITEPHONESTORE.COM; and
HENAA BLANCO

**BY ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept electronic service, my electronic service address service is lydia.walter@mccormickbarstow.com, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 1, 2018, at Fresno, California.

Lydia Walter

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Scott J. Ivy, #197681
  *Scott.ivy@mccormickbarstow.com*
Devon R. McTeer, #230539
  *devon.mcteer@mccormickbarstow.com*
Jared Gordon, #227980
  *Jared.gordon@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Plaintiff, SATMODO, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATMODO, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WHENEVER COMMUNICATIONS, LLC, d.b.a. SatellitePhoneStore.com, a Nevada limited liability company, HENAA BLANCO, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 17-CV-0192-AJB NLS<br><br>**DEMAND FOR INSPECTION OF PERSONAL PROPERTY, SET ONE** |

PROPOUNDING PARTY: Plaintiff, SATMODO, LLC

RESPONDING PARTY: Defendant WHENEVER COMMUNICATIONS, LLC, d.b.a. SatellitePhoneStore.com

SET NO.: ONE (1)

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff, SATMODO, LLC ("Satmodo" and/or "Propounding Party") requests and requires that Defendant WHENEVER COMMUNICATIONS, LLC, d.b.a. SatellitePhoneStore.com ("Defendant" and/or "Responding Party") produce for inspection and copying the inspection of the following items of the property set forth below on March 12, 2018 at

10:00 a.m. at the offices of Whenever Communications, LLC or a more convenient date and location which can be determined prior to the date of production.

### DEMANDS FOR INSPECTION

**DEMAND FOR INSPECTION NO. 1:**

Each COMPUTING DEVICE within YOUR possession, custody, or control which was in use for any purpose related to YOUR operations at any time during the period January 1, 2016 to the present, whether still in use or not, so that SATMODO and its agents may inspect and create copies, including forensic images, of each. (Please have all necessary passwords available at the time of production to permit this process.)

"YOU" and "YOUR" shall mean Defendant WHENEVER COMMUNICATIONS, LLC, d.b.a. SatellitePhoneStore.com any of its employees, independent contractors, interns, agents, engineers, persons engaged by it and anyone else acting or who has acted for or on its behalf.

"SATMODO" shall mean Plaintiff, SATMODO, LLC any of its employees, agents, engineers, persons engaged by it and anyone else acting or who has acted for or on its behalf.

"COMPUTING DEVICE" shall mean such electronic devices as laptop computers, desktop computers, servers, mobile devices such as cellular phones or smartphones, tablet computers such as iPads, electronic storage media such as flash memory devices or external hard disk drives, and other similar devices.

**RESPONSE TO DEMAND FOR INSPECTION NO. 1:**

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2

17-CV-0192-AJB NLS

DEMAND FOR INSPECTION OF PERSONAL PROPERTY, SET ONE

Exhibit 3 - 31

| | |
|---|---|
| Dated: February 1, 2018 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | By: /s/ Devon R. McTeer |
| | Scott J. Ivy |
| | Devon R. McTeer |
| | Jared Gordon |
| | Attorneys for Plaintiff, SATMODO, LLC |

18265-00000 4883430.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

3                                                                    17-CV-0192-AJB NLS
DEMAND FOR INSPECTION OF PERSONAL PROPERTY, SET ONE

Exhibit 3 - 32

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On February 1, 2018, I served true copies of the following document(s) described as **DEMAND FOR INSPECTION OF PERSONAL PROPERTY SET ONE** on the interested parties in this action as follows:

Matthew V. Herron, Esq.
HERRON LAW, APC
mherron@herronlawapc.com
350 Tenth Avenue, Suite 880
San Diego, CA  92101-3545

Counsel for Defendants,
WHENEVER COMMUNICATIONS, LLC
dba
SATELLITEPHONESTORE.COM;   and
HENAA BLANCO

**BY ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept electronic service, my electronic service address service is lydia.walter@mccormickbarstow.com, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 1, 2018, at Fresno, California.

*/s/ Lydia Walter*
Lydia Walter