MATTHEW V. HERRON (Bar No. 71193)
mherron@herronlawapc.com
herronlaw, apc
350 Tenth Avenue, Suite 880
San Diego, California 92101-3545
Tel: (619) 233-4122 / Fax: (619) 233-3709

Attorneys for Defendants WHENEVER COMMUNICATIONS, LLC, dba SATELLITEPHONESTORE.COM; and HENAA BLANCO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATMODO, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WHENEVER COMMUNICATIONS, LLC, dba SATELLITEPHONESTORE.COM, a Nevada limited liability company, HENAA BLANCO, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 17-CV-0192-AJB NLS<br><br>**DECLARATION OF GREG WINTER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**<br><br>DEPT:    3B<br>JUDGE:    Hon. Anthony J. Battaglia<br>MAGISTRATE: Hon. Nita L. Stormes |

I, Greg Winter, declare:

1.  I am an adult and am competent to make this declaration.

2.  I work in the field of information technology. I was the I.T. Manager of a private company based in San Diego from 2000 – 2009. I Managed all aspects of the company's network and windows based computer systems. I am Co-Founder of Bit Box Hosting, 2004 - present. Specializing in web hosting, managed linux servers, DNS services, email services and as a domain name registrar. I am also the founder of Greg Winter Consulting, 2009 to present, which is a technology consultant firm providing I.T. services, including Network Design and Security, Microsoft Active Directory Domain

1  design and management, backup and disaster recovery of linux and windows systems, VMware virtualization, Voice over IP (VOIP) systems, and all other levels of business technology services.

3. I am a retained expert in this case.

4. I was asked to prepare a IP Address inventory of the Defendants' office and employees. This was to provide a way to compare the IP Addresses listed on the click list provided by Plaintiff to the IP Address used by the company and employees. I completed this task and confirmed the data on the inventory marked as WC 000170 and attached to Mr. Kent's declaration as Exhibit D.

5. I have also reviewed the Plaintiff's moving papers and the Declarations of Mr. Shou and Mr. Lindsay. While they are critical of the inventory, I confirmed the accuracy of the data on the inventory except for the very last item, likely an IP Address of Ms. Blanco's former residence which I could not confirm with the ISP. As far as the IP Addresses changing, I agree with the opinions of Peter Kent stated in paragraphs 6 through 12 of Mr. Kent's declaration.

6. I also agree with Mr. Kent that inspection and copying of the devices is not needed to determine the attribution of the clicks at issue in this case.

7. I declare under the penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. Dated this 19th day of April, 2018, in San Diego, California.

*[signature]*
Greg Winter