McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Scott J. Ivy, #197681
  *Scott.ivy@mccormickbarstow.com*
Devon R. McTeer #230539
  *devon.mcteer@mccormickbarstow.com*
Jared Gordon, #227980
  *Jared.gordon@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Plaintiff, SATMODO, LLC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATMODO, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WHENEVER COMMUNICATIONS, LLC, d.b.a. SatellitePhoneStore.com, a Nevada limited liability company, HENAA BLANCO, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 17-CV-0192-AJB NLS<br><br>**DECLARATION OF SCOTT LINDSEY IN SUPPORT OF MOTION FOR DETERMINATION OF DISCOVERY DISPUTE NO. 1**<br><br>Judge: Hon. Nita L. Stormes<br><br>Action Filed: February 1, 2017<br>Trial Date: None Set |

I, Scott Lindsey, declare as follows:

1. I am a co-owner and Director of Operations at SATMODO, LLC, the Plaintiff in the above-entitled action ("Plaintiff" or "Satmodo"). If called as a witness, I would and could competently testify to all facts stated herein from my personal knowledge except where stated upon information and belief and, as to these matters, I am informed and believe them to be true

2. I submit this declaration in support of Satmodo's Motion For Determination of Discovery Dispute No. 1.

3. This action arises out of Defendants' fraudulent clicking on Satmodo's paid search advertisements on various search engines, including Google, Bing, and Yahoo!, with the intent to harm Satmodo. In response to the rising number of fraudulent clicks, in November of 2016, Satmodo subscribed to a software program called ClickCease. ClickCease tracks each and every click on Satmodo's paid advertisements and is able to not only obtain and record the Internet Protocol ("IP") addresses, operating system, and browsers of the devices used to click on the ads, but is also capable of determining whether those clicking on the ads are engaging in fraudulent clicking and/or using bots or non-human means to continuously click on the ads. ClickCease also monitors Satmodo's webpage for fraudulent activity such as blacklisted IP addresses, bad hosts and proxy servers.

4. ClickCease also allows Satmodo to identify specific individual unique devices that are repeatedly clicking on its paid ads from multiple IP addresses. For example, after a device (mobile phone, tablet, laptop, or desktop computer) is used to click on one of Satmodo's ads, ClickCease identifies the IP address for that click.

5. Furthermore, it identifies the device itself, independent of that IP address, and assigns a unique "Device ID" to that device to enable Satmodo to track and record if that specific device subsequently clicks on Satmodo's paid advertisements with a different IP address.

6. If the user of a specific device is identified as clicking on one of Satmodo's paid ads with one IP address, but thereafter joins a different IP network and clicks Satmodo's ad again using a different IP address, ClickCease recognizes the new IP that generated the click while also recognizing that it is the same device that clicked the ad from the previous IP address.

7. From November 2016 through January 2018, ClickCease logged approximately 38,000 clicks on Satmodo's paid advertisements.

8. The reports prepared by ClickCease identify the then in-use IP address, operating system, and browser for the computing device (phone, tablet, computer, etc.) from which the click was made.

9. Satmodo has previously identified approximately 4,100 clicks that it believes originated from Defendants and are informed and believe that thousands more of the total clicks (38,000) were also made by Defendants and their agents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed by me on April 16, 2018, at San Diego, California.

*[signature]*

Scott Lindsey

52486-00001 5084908.1