1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Scott J. Ivy, #197681
      *Scott.Ivy@mccormickbarstow.com*
3  Devon R. McTeer #230539
      *Devon.Mcteer@mccormickbarstow.com*
4  Jared Gordon, #227980
      *Jared.Gordon@mccormickbarstow.com*
5  7647 North Fresno Street
   Fresno, California 93720
6  Telephone:  (559) 433-1300
   Facsimile:   (559) 433-2300
7
   Attorneys for Plaintiff, SATMODO, LLC
8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11

12 | SATMODO, LLC, a California limited liability company, | Case No. 17-CV-0192-AJB NLS |
| | **SUPPLEMENTAL DECLARATION OF SCOTT J. IVY IN SUPPORT OF MOTION FOR DETERMINATION OF DISCOVERY DISPUTE NO. 1** |
| Plaintiff, | |
| v. | |
| WHENEVER COMMUNICATIONS, LLC, d.b.a. SatellitePhoneStore.com, a Nevada limited liability company, HENAA BLANCO, an individual, and DOES 1 through 50, inclusive, | Judge:  Hon. Nita L. Stormes |
| | Action Filed:  February 1, 2017 |
| | Trial Date:    None Set |
| Defendants. | |

21        I, Scott J. Ivy, declare as follows:

22        1.      I am an attorney duly admitted to practice before the Courts of the State of

23 California and before this Court.  I am Of Counsel in the law firm of McCormick,

24 Barstow, Sheppard, Wayte & Carruth LLP, attorneys of record for Plaintiff,

25 SATMODO, LLC ("Plaintiff") in the above-entitled action.  If called as a witness, I

26 would and could competently testify to all facts stated herein from my personal

27 knowledge except where stated upon information and belief and, as to these matters, I

28 am informed and believe them to be true.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

17-CV-0192-AJB NLS

SUPP. DECL. IVY IN SUPPORT MOTION OF FOR DETERMINATION OF DISCOVERY DISPUTES

2.      I am submitting this Supplemental Declaration in support of Plaintiff's Motion For Determination of Discovery Dispute No. 1.

3.      On April 23, 2018, I took the deposition of Thikra Boles, the head of the billing department for Defendant Whenever Communications.  I received a copy of the transcript yesterday, May 7th.  A true and correct copy of the deposition transcript is attached hereto as Exhibit 1.

4.      During the deposition, I went through the "List" of devices that Whenever claims as part of this Motion represents the devices used by Whenever employees that justifies Whenever's failure to respond to Interrogatories listing specific information as to all devices used by Whenever employees and the refusal to allow inspection of the devices.  A true and correct copy of the List shown to Ms. Boles during the deposition is attached hereto as Exhibit 2.

5.      With respect to the completeness of the List, i.e. whether it identifies all devices used by Whenever or its agents in the past 2 years, even if they have been discarded or are otherwise no longer in use, and whether any of the devices actually identified may have been altered or wiped after Plaintiff's sent Defendants an evidence preservation letter in September 2016, Ms. Boles testified that:

(a)      It is Ms. Boles' understanding that in the time frame September 2016 to the present, "most, if not all, of Whenever employees have swapped out their older IPhone for a new version."  (Boles Depo. p. 40-41.)

(b)      In the last few months, several employees, including Ms. Boles, had their work desktop computers replaced.  (Boles Depo. p. 51-52.)

(c)      Several employees, including all of the sale staff and Ms. Shores, received laptops from Whenever during the last 2-3 years.  (***No laptops are identified in the List.***)  (Boles Depo. p. 30-34, 47-48, 72.)

(d)      In December 2016/January 2017, ***after Defendants Whenever and Ms. Blanco received an evidence preservation letter from Plaintiff's attorneys***, Ms. Blanco "gifted" a new cell phone to sales agent Sue Shores to replace her existing cell phone and had Ms. Boles move "some" of the information to her laptop and then to her "new" phone.  (Boles Depo. p. 30-32.)

(e)     Ms. Shores also has a tablet (Ipad Mini) that was not disclosed on the list, and that Ms. Boles "wiped" and reformatted in December 2016/January 2017, *after Defendants Whenever and Ms. Blanco received an evidence preservation letter from Plaintiff's attorneys.* (Boles Depo. p. 35-37.)

(f)     Whenever employee Jeff Krause has had two cell phones over the past several years, one replaced by a newer one.  (The List does not identify any cell phones for Mr. Krause.)  (Boles Depo. p. 54-56.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed by me on May 8, 2018, at Fresno, California.

/s/ Scott J. Ivy

Scott J. Ivy
Email:
*Scott.Ivy@mccormickbarstow.com*
Attorneys for Plaintiff, SATMODO, LLC

18265-00000 5123591.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3                                    17-CV-0192-AJB NLS
SUPP. DECL. IVY IN SUPPORT OF MOTION FOR DETERMINATION OF DISCOVERY DISPUTES

***SATMODO, LLC v. WHENEVER COMMUNICATIONS, LLC, d.b.a.***
***SatellitePhoneStore.com, et al.***

United States Eastern District of California, Southern District of California Case No. 17-CV-0192-AJB NLS

Exhibits To Supplemental Declaration of Scott J. Ivy in Support of Motion For Determination Of Discovery Dispute No. 1.

| DESCRIPTION | LOCATION | PAGE NO. |
|---|---|---|
| Deposition Transcript of Thikra Boles taken on April 23, 2018, in the matter of *Satmodo, LLC. v. Whenever Communications, LLC*, USDC Southern District of California, Case No. 17-CV-0192 (select pages) | Exhibit A | 1 |
| Copy of the List of IP addresses marked as Exhibit 2 to the Deposition of Thikra Boles taken in this matter on April 23, 2018 | Exhibit B | 25 |

1                UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF CALIFORNIA

3

4    SATMODO, LLC, a California limited
     liability company,

5                          Plaintiff,

6        vs.                                   CASE NO.:

7                                              17-CV-0192-AJB NLS
     WHENEVER COMMUNICATIONS, LLC, d.b.a.

8    SatellitePhoneStore.com, a Nevada
     limited liability company, HENAA

9    BLANCO, an individual, and DOES 1
     through 50, inclusive

10                         Defendants.

11   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

12

13

14

15                       DEPOSITION OF
                          THIKRA BOLES

16

17                      APRIL 23, 2018
                   9:01 A.M. TO 11:17 A.M.

18

19              402 WEST BROADWAY, SUITE 1550
                 SAN DIEGO, CALIFORNIA 92101

20

21

22     Aletha Loftfield, CSR No. 13767

23

24

25



```
 1                    APPEARANCES OF COUNSEL

 2

 3     FOR THE PLAINTIFF:

 4         MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
           BY:  SCOTT J. IVY, ESQ.
 5         7647 NORTH FRESNO STREET
           FRESNO, CALIFORNIA 93720
 6         559.433.1300
           SCOTT.IVY@MCCORMICKBARSTOW.COM
 7
       FOR THE DEFENDANTS:
 8
           HERRON LAW APC
 9         BY:  MATTHEW V. HERRON, ESQ.
           350 TENTH AVENUE
10         SUITE 880
           SAN DIEGO, CALIFORNIA 92101
11         619.233.4122
           MHERRON@HERRONLAWAPC.COM
12

13     ALSO PRESENT:

14         TINA BLANCO, WHENEVER COMMUNICATIONS
           JEFF MAYER, SATMODO
15         MIKE MIKLIA, SATMODO
           SCOTT LINDSEY, SATMODO
16

17

18

19

20

21

22

23

24

25
```



THIKRA BOLES                                    April 23, 2018
SATMODO vs WHENEVER COMMUNICATIONS                        3

```
 1                    INDEX OF EXAMINATION

 2

 3   WITNESS:
     THIKRA BOLES
 4

 5

 6   EXAMINATION BY:                        PAGE
     MR. IVY                                  5
 7

 8

 9

10                INFORMATION REQUESTED

11                      (NONE)

12

13

14            INSTRUCTION NOT TO ANSWER

15                      (NONE)

16

17

18

19

20

21

22

23

24

25
```



THIKRA BOLES                                                  April 23, 2018
SATMODO vs WHENEVER COMMUNICATIONS                                        4

1                              INDEX OF EXHIBITS

2

3    NO.              DESCRIPTION                              PAGE

4    EXHIBIT 1        NOTICE OF TAKING DEPOSITION OF            5
                      THIKRA BOLES
5
     EXHIBIT 2        DOCUMENTS ENTITLED "COMPLETE IP          27
6                     ADDRESS INVENTORY FOR ALL
                      BUSINESS LOCATIONS, HOME AND
7                     MOBILE SOURCES" AND "WHAT'S MY
                      IP"
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1          DEPOSITION OF THIKRA BOLES

2            MONDAY, APRIL 23, 2018

3

4                THIKRA BOLES,

5      having been duly administered an oath by the Court

6       Reporter, was examined and testified as follows:

7

8                  EXAMINATION

9    BY MR. IVY:

10      Q    Please state your full name for the record and

11    spell it.

12      A    Thikra Boles, T-h-i-k-r-a B-o-l-e-s.

13      Q    Good morning, Ms. Boles.

14           My name is Scott Ivy.  I represent Satmodo in

15    this case.

16           Hand you what we've marked as Exhibit 1, which

17    is the Notice of Taking Deposition.

18           (Deposition Exhibit 1 was marked for

19           identification by the Court Reporter.)

20    BY MR. IVY:

21      Q    Have you seen this before today?

22           MR. HERRON:  I think she received a subpoena.

23    BY MR. IVY:

24      Q    Okay.  Look through what will be three pages

25    then, and there's a subpoena there.

1   up the process.

2        A     Okay.

3        Q     Who's Sue Shorees?

4              Tell me how to say it first.

5        A     Sue Shorees.

6        Q     Shorees.

7        A     She's a coworker of mine, Tina's sister.

8        Q     What does she do at Whenever?

9        A     She's a sales agent.

10       Q     How long has she worked for Whenever, to your

11   knowledge?

12       A     Since I've been there, she's been there.  I

13   don't know how much longer.

14       Q     And then Sue, here, lists two cell phones.

15             To your knowledge, how many cell phones does

16   Sue have?

17       A     Two.

18       Q     Do you know if she's ever had any other cell

19   phones other than the two?

20       A     Meaning other lines of service or...

21       Q     Sure.

22       A     Other lines, no.  I don't know.

23       Q     What types of cell phone does Sue Shorees have?

24       A     iPhones.

25       Q     Has that always been the same?



1    A    I believe so.

2    Q    In the last two years, do you know if Sue

3   Shorees has replaced any of her iPhones?

4    A    Yes.

5    Q    Tell me about that.

6    A    I know she had two phones that were, you know,

7   broken or old.  She changed one, I think.  I don't know

8   if she changed the secondary one, because it still looks

9   the same.

10    Q    And when was that?

11    A    Maybe about a year and a half ago, year ago.

12    Q    Okay.  Sometime in 2017?

13         Trying to place.  We're in April now.

14    A    Probably around the holidays, around that time

15   frame, 2016 holidays, maybe.

16    Q    Holidays 2016?

17    A    Yes.

18    Q    There's lots of holidays.

19         Christmas-ish?

20    A    Christmastime, yeah.

21    Q    December 2000- --

22    A    Yeah, maybe.  Maybe January.  I'm not sure.

23    Q    That's fine.

24         And how do you know that Sue replaced one of

25   her iPhones at least sometime in December 2016, January



1   2017?

2       A    Because she asked me to transfer the data and

3   back it up for her on the new phone.

4       Q    Did she tell you why she was changing phones?

5       A    She had just gotten a new one as a gift.

6       Q    Do you know who gave her the gift of the new

7   phone?

8       A    I mean, she didn't confirm it, but I believe

9   the company.

10      Q    Okay.  So as far as Sue goes, sometime in

11  December 2016 to January 2017, at least to your

12  understanding, the company got her a new iPhone, and so

13  she replaced her existing iPhone.  Fair?

14      A    Yes.

15      Q    Did you help her with that replacement?

16      A    I helped her transfer the data, but I didn't

17  help with the gift or the purchasing of the phone, no.

18      Q    What did you do to transfer the data?

19      A    I loaded her information to an IOS and saved

20  it, and when she gave me the new phone, I put it on the

21  new phone.

22      Q    Did you copy everything from her existing

23  phone?

24      A    I don't remember.

25      Q    Okay.  Could have copied some, could have



 1  copied the full, you just don't recall?

 2       A    Yeah.  I'm not sure if I copied everything or

 3  not.  I mean, I backed everything up, but I don't know

 4  if I transferred everything to the new phone.

 5       Q    If we wanted to see the backup of her old

 6  phone, could we still find that?

 7       A    It would be on her laptop if she still had the

 8  information.  I don't know.

 9       Q    Why would it be on her laptop?

10       A    She asked me to do it on her laptop.

11       Q    Okay.  What kind of laptop did Sue have?

12       A    I don't know the brand.  I just know it was a

13  laptop.

14       Q    Like a laptop, like --

15       A    Yes.

16       Q    -- like your attorney's?

17       A    Something similar.

18       Q    Not a tablet?

19       A    No.  It was a laptop.

20       Q    Okay.  All right.  Let me back up a little bit.

21            So Sue came to you and said, "I got a new phone

22  as a gift from the company," and then you backed up all

23  the data from her existing phone on to her laptop?

24       A    Yes.

25       Q    Okay.  And then loaded some of that information



EXHIBIT A - 9

1  on to her new phone?

2       A     Yes.

3       Q     Okay.  Did she tell you why she wanted you to

4  back it up to her laptop instead of a Whenever computer,

5  desktop?

6       A     She didn't tell me why.

7       Q     Does Sue still have that laptop, to your

8  knowledge?

9       A     I don't know.

10      Q     When was the last time you saw it?

11      A     Well, from -- I don't know if it's the same one

12  that she still uses or not.  I don't know if it was

13  replaced or if it is the same one.  The last time I --

14  I've only used it once, and that was at the time.

15      Q     Whether you used it or not, when's the last

16  time you saw it?

17      A     I mean, I see her have a laptop with her often.

18  If it's the same one, I'm not sure.

19      Q     Can't tell?

20      A     I don't -- no, I don't.

21      Q     Does Sue currently use a laptop?

22      A     I believe so.

23      Q     Do you know who pays for that laptop?

24      A     I believe the company gifted it.

25      Q     Do you know when the company gifted Sue the

THIKRA BOLES                                          April 23, 2018
SATMODO vs WHENEVER COMMUNICATIONS                              35

1  laptop?

2      A    Two to three years ago.

3      Q    Do you know if the company pays for a data plan

4  or Internet access for that laptop?

5      A    I don't know.

6      Q    Okay.  All right.  So for Sue, got two cell

7  phones; right?

8      A    Yes.

9      Q    One of them was replaced when the company

10 bought her a new one, sometime in December 2016, January

11 2017; correct?

12     A    Correct.

13     Q    We have at least one laptop that the company

14 bought for her; correct?

15     A    Correct.

16     Q    And you don't know whether the one she's using

17 today was the one you backed up her old phone to?

18     A    I'm not sure.

19     Q    Okay.  Does Sue -- has Sue ever had a tablet,

20 iPad?

21     A    I believe she had an iPad Mini.

22     Q    Was that a gift from the company?

23     A    I don't know.

24     Q    When's the last time you saw Sue use the iPad

25 Mini?

1       A    I've never seen her use it.

2       Q    How did you know she had it?

3       A    It was around -- it was the same time I

4  transferred the data from her phone that I also reset

5  that iPad.

6       Q    Okay.  So we're back in the December 2016,

7  January 2017 time frame; right?

8       A    Correct.

9       Q    All right.  So we got a new device.

10           Sue asked you to back up her existing phone to

11 her laptop and then transfer from her laptop to a new

12 iPhone; right?

13      A    Right.

14      Q    At that same time frame, Sue asked you to reset

15 her iPad Mini?

16      A    She didn't ask me to.  She had said it was

17 locked up and she didn't know the password, didn't know

18 how to get into it anymore.  She asked me if I knew how

19 to get the password out, and I said the only way was to

20 reset it.

21      Q    Okay.  And did she ask you to reset it?

22      A    Yes.

23      Q    Okay.  So at some point in December of 2016,

24 January 2017, at Sue's request, you reset her iPad Mini?

25      A    Yes.

THIKRA BOLES                                                April 23, 2018
SATMODO vs WHENEVER COMMUNICATIONS                                    37

```
 1       Q    What do you mean by "reset"?
 2       A    I basically put it in, like, a recovery mode
 3  and plugged it into, you know, Apple IOS again, and just
 4  reset the whole laptop to -- as if it was, you know,
 5  like new.
 6       Q    When you said "laptop," did you mean tablet?
 7       A    I plugged in the tablet to the laptop to reset
 8  it.
 9       Q    When you say "reset it," is that wipe it?
10       A    Yes.
11       Q    Okay.  So the iPad Mini got wiped?
12       A    Yes.
13       Q    Did the laptop get wiped?
14       A    No.  Shouldn't have.
15       Q    Okay.  What was wrong with the phone she wanted
16  to move over to her new phone?
17       A    It was just old, slow.
18       Q    After you moved -- backed up the old iPhone to
19  the laptop, did you wipe the old iPhone?
20       A    I don't remember.
21       Q    Do you know what happened to it?
22       A    I gave it back to her.
23       Q    Do you know what she did with it?
24       A    I don't know.
25       Q    Have you ever seen it again after that day?
```

1   and I know those have been out in the last year.

2   BY MR. IVY:

3       Q    Okay.  That's a fair clarification.

4            Employees generally have the latest iPhones at

5   Whenever?

6       A    Yes.

7       Q    Okay.  The employees right now have iPhone Xs?

8       A    I don't know what they have.

9       Q    Okay.  When you said they have the newer

10  versions, what are you referring to?

11      A    Some have Pluses, which are the larger phones.

12  I don't know.  I think maybe one person has an iPhone X,

13  maybe two.  I'm not sure.

14      Q    To your understanding, have most employees --

15  from September of 2006 to the present, is it your

16  understanding that most of the Whenever employees have

17  replaced whatever iPhones they have with newer versions

18  sometime in that time frame?

19      A    I'm sorry.  Can you repeat that again?

20      Q    Sure.

21           In the time frame, September 2016 to today, is

22  it your understanding that most, if not all, of Whenever

23  employees have swapped out their older iPhone for a

24  newer version sometime in that time frame?

25      A    Yes.



EXHIBIT A - 14

THIKRA BOLES                                          April 23, 2018
SATMODO vs WHENEVER COMMUNICATIONS                          41

1      Q    And have you helped any employees that have

2  swapped out their iPhones during that time frame with

3  the newer version to move any data or back them up?

4      A    No.

5      Q    Just Sue?

6      A    Yes.

7      Q    And as far as your understanding that the

8  employees have moved to newer iPhones during this time

9  period, is that based solely upon what you see?

10     A    Yes.

11     Q    Okay.  Have you ever had any conversations with

12  any of the employees other than Sue --

13          MR. IVY:  Counsel --

14          MR. MIKLIA:  She's taking pictures.

15          MS. BLANCO:  I'll shut my phone off.

16          MR. MIKLIA:  Is she recording or just taking

17  pictures?

18          MS. BLANCO:  No.  I'm not recording.

19  BY MR. IVY:

20     Q    As far as your knowledge of employees replacing

21  iPhones with newer versions during the last couple

22  years, other than Sue, have you ever talked with anyone

23  where they told you they've actually replaced their

24  iPhone with a newer version during that time frame?

25     A    Yes.

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

```
 1      Q    Okay.  I know these are annoying, but I got to
 2  ask them, and we'll plow through.
 3           To your knowledge, does Ryan have a desktop
 4  computer at Whenever?
 5      A    Yes.
 6      Q    Okay.  Who's Callie Parsons?  Who's Callie
 7  Parsons?
 8      A    Oh, also a coworker.
 9      Q    What's she do?
10      A    Sales agent.
11      Q    How long has she been working at Whenever?
12      A    Since I've been there; so at least four years.
13      Q    Does Callie have a cell phone?
14      A    Yes.
15      Q    Does Callie have more than one cell phone?
16      A    I don't know.
17      Q    You don't know one way or another?
18      A    I don't know one way or another.
19      Q    Do you know if Callie has replaced her cell
20  phone in the last year and a half?
21      A    I don't know.
22      Q    Okay.  Do you know if Callie has any tablets,
23  iPad Mini, something of that sort?
24      A    I don't know.
25      Q    Do you know if Callie has a laptop?
```

```
1        A    I believe so.

2        Q    Okay.  Do you know if the company bought that

3   laptop for her?

4        A    Yes.

5        Q    How do you know that?

6        A    There was like a SPIF at one time, like a goal

7   to hit for sales agents, and I believe they hit the

8   goal; so they got laptops.

9        Q    All the sales agents?

10       A    From my understanding, yes.

11       Q    When, approximately, was that?

12       A    Two to three years ago.

13       Q    To your knowledge, did the sales agents

14   actually use the laptops?

15       A    I don't know.

16       Q    Do you see them?  Do you see them around the

17   office with the laptops?

18       A    I don't know that.  Most of us work from a

19   desktop.

20       Q    Okay.  But at least all the sales agents that

21   were here two to three years ago have a company-provided

22   laptop; fair?

23       A    Yes.

24       Q    And just so I have it in one spot, list as best

25   you can -- and you can use this if you want.
```

1      A      No.

2      Q      Have you had any tablets, iPad Mini, iPads,

3   over the last couple of years?

4      A      Myself?  No.

5      Q      When you say yourself...

6      A      My children do.

7      Q      Okay.  Fair enough.  Mine too.  I don't get to

8   use it.

9      A      Yeah.  No.

10      Q      You have a desktop at Whenever that you use?

11      A      Yes.

12      Q      Okay.  And has the desktop that you use ever

13   been reformatted or replaced during the last couple of

14   years?

15      A      Yes.

16      Q      Okay.  When was that?

17      A      Recently, in the last two to four months.

18      Q      Were everyone's desktops reformatted or just

19   yours?

20      A      A few of us.

21      Q      Okay.  Who?

22      A      I don't know for sure who else, but I believe

23   Trinh, Barry, myself.

24      Q      What was done to your desktops?

25      A      Meaning the old ones?  Or which desktops?

```
 1        Q    No.  I'm sorry.
 2             What was the switch?
 3        A    We just --
 4        Q    Were they --
 5        A    -- got new --
 6        Q    Sorry.  I'm cutting you off.  I broke my own
 7   rule.
 8             Were they actually replaced with new ones?
 9        A    Yes.
10        Q    And that was in the last three to four months?
11        A    Yes.
12        Q    And that was for you, Trinh, and Barry at
13   least?
14        A    That I'm aware of.
15        Q    Why were they replaced, to your understanding?
16        A    We just had really old computers, and they were
17   slow.
18        Q    Okay.  So in the last three to four months, you
19   three, at least, got new desktop computers?
20        A    Yes.
21        Q    Okay.  Did you back up the information from
22   your old laptop -- I mean old desktop?
23        A    I did not do it, no.
24        Q    To your knowledge, did anybody else?
25        A    Yes.
```

ESQUIRE
DEPOSITION SOLUTIONS

EXHIBIT A - 19

1      Q      Okay.  Regardless of who ordered it, are you

2  aware of any employees replacing the hard drive on any

3  of their desktops in the last couple of years?

4      A      I don't know.

5      Q      Regardless of who asked for it, are you aware

6  of any employees having their desktop reformatted or

7  wiped in the last couple of years?

8      A      I don't know.

9      Q      What happened to Filip's desktop?

10      A      I don't know.  I think -- he just asked me to

11  order some parts.

12      Q      Does Whenever have an IT person?

13      A      Not really.

14      Q      Okay.  Who's Jeff Kruse?

15      A      Jeff, he's a coworker.

16      Q      What's he do?

17      A      He does sales and HR.

18      Q      Does he have a cell phone?

19      A      Yes.

20      Q      How many?

21      A      I believe one.

22      Q      Do you know what kind?

23      A      iPhone, I believe.

24      Q      Did the company buy him that iPhone?

25      A      I don't know.

THIKRA BOLES                                          April 23, 2018
SATMODO vs WHENEVER COMMUNICATIONS                           55

1       Q    Do you know how long he's had it?

2       A    I don't know.

3       Q    Do you know if Jeff Kruse has replaced or

4   reformatted his iPhone in the last couple of years?

5       A    He has.

6       Q    When did Jeff replace or reformat his iPhone?

7       A    I believe within the last year as well, maybe

8   year and a half.

9       Q    Is that in the December 2016, January 2017 time

10  frame?

11      A    No, I don't -- I don't think so, but I'm not

12  sure.

13      Q    What's your best estimate as to when -- what

14  did Jeff do?  Let me back up.

15      A    He just got a new phone.

16      Q    Okay.  Do you know why he got a new phone?

17      A    He also had a really old iPhone.

18      Q    Did the company gift him a new one?

19      A    I don't know.

20      Q    What's your best estimate as to when Jeff got a

21  new iPhone?

22      A    I don't know.  Within the last two years.

23      Q    Do you know if it was before or after Sue got

24  her new iPhone?

25      A    I don't know.

```
 1      Q    All right.  So at least as to Jeff then -- I
 2  don't see a cell phone here.
 3           He's had two cell phones in the last two years
 4  or so; correct?  To your knowledge?
 5      A    From my knowledge -- to my knowledge, yes.
 6      Q    Who's Filip Kvasny?
 7      A    Filip.
 8      Q    Dang it.
 9           Filip Kvasny?
10      A    He's a coworker.
11      Q    What does he do?
12      A    Sales.
13      Q    Does he have a cell phone?
14      A    Yes.
15      Q    Do you know how many?
16      A    I don't know.
17      Q    Does he have a desktop?
18      A    Yes.
19      Q    Does he have a tablet?
20      A    I don't know.
21      Q    Has Filip replaced his cell phone in the last
22  two years?
23      A    I don't know.
24      Q    Rafael Barragan?
25      A    Uh-huh.
```

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

1         Okay.

2         Who's Barry Hipple?

3    A    He's also a tech.

4    Q    Does he have a cell phone?

5    A    Yes.

6    Q    More than one?

7    A    I don't know.

8    Q    Do you know if Barry has replaced or

9    reformatted any cell phones in the last couple of years?

10   A    I don't know.

11   Q    Does Barry have a laptop?

12   A    Yes.

13   Q    Do you know if that's a company-provided

14   laptop?

15   A    I believe so.

16   Q    Was he one of the salespeople that got one?

17   A    I think so, but I'm not positive.

18   Q    Okay.  You know he has a laptop, and you think

19   it's from the company; fair?

20   A    Yes.

21   Q    Do you know how long Barry has had that laptop?

22   A    I don't know.

23   Q    Do you know if Barry replaced or reformatted

24   his laptop in the last year and a half?

25   A    I don't know.

EXHIBIT A - 23

```
 1    STATE OF CALIFORNIA)
                         )  ss.
 2    COUNTY OF SAN DIEGO)

 3

 4         I, Aletha Loftfield, a licensed Certified

 5    Shorthand Reporter, duly qualified and certified as such

 6    by the State of California, do hereby certify:

 7         That prior to being examined, the witness named

 8    in the foregoing deposition was by me duly sworn to

 9    testify to the truth, the whole truth, and nothing but

10    the truth;

11         That the said deposition was by me recorded

12    stenographically at the time and place first therein

13    mentioned; and the foregoing pages constitute a full,

14    true, complete and correct record of the testimony given

15    by the said witness;

16         That I am a disinterested person, not being in

17    any way interested in the outcome of said action, not

18    connected with, nor related to any of the parties in said

19    action, or to their respective counsel, in any manner

20    whatsoever.

21         Executed this day, the 6th of May, 2018, at

22    San Diego, California.

23

24         _____
              Aletha Loftfield, CSR No. 13767
25
```



Complete IP Address Inventory for All Business Locations, Home and Mobile sources

| Location or User | Current IP Address | Dates Active | Subnet or DHCP | Ip address range if any | Type | Provider |
|---|---|---|---|---|---|---|
| •••••••••••••• | Active Office IP Addresses | | | | | |
| California Store | 70.164.119.90 | 1/15/2017 to current | 70.164.119.88/29 | 70.164.119.89 - 70.164.119.94 | Office LAN | Cox |
| Florida Store | 47.506.61.86 | 7/2016 to current | 47.206.61.0/24 | 47.206.61.1 - 47.206.61.254 | Office LAN | Verizon |
| Mexico Store | 189.222.190.159 | | dhcp | | Office LAN | satelite del norte |
| Alaska Store | 24.237.41.227 | | dhcp | | Office LAN | GCI |
| | | | | | | |
| •••••••••••••• | Discontinued Previous Office IP Addresses that could be confirmed from ISP | | | | | |
| | | | | | | |
| California Store | 98.178.228.186 | 7/1/2015 to 1/15/2017 | n/a | n/a | Office LAN | Cox |
| Florida Store | 98.163.220.129 | 2011 to 8/9/2017 | 98.163.220.128/29 | 98.163.220.129 - 98.163.220.134 | Office LAN | Comcast |
| | | | | | | |
| •••••••••••••• | Employee Mobile and Home Current IP Addresses | | | | | |
| | | | | | | |
| Sue Shorees | 68.7.139.226 | from June 2017 | dhcp | | house | Cox |
| Sue Shorees | 107.77.230.208 | 1-2 years | dhcp | | Cell phone | AT&T |
| Sue Shorees | 107.77.227.31 | 3-4 years | dhcp | | Cell phone | AT&T |
| Angelo Shorees | 107.77.230.135 | 1-2 years | dhcp | | Cell phone | AT&T |
| Nicole Shorez | 72.192.151.47 | from June 2010 | dhcp | | house | cox |
| Ryan Garces | 72.42.145.107 | last 24 month | dhcp | | house | GCI |
| Ryan Garces | 107.77.205.92 | over 5 years | dhcp | | Cell phone | GCI |
| Ryan Garces | 107.77.205.65 | over 2 years | dhcp | | Cell phone | AT&T |
| Callie Parsons | 174.228.14.46 | over 2 years | dhcp | | Cell phone | Verizon |
| Thikra Boles | 99.203.11.21 | 1-2 years. | dhcp | | Cell phone | Sprint |
| Jeff Kruse | 99.190.223.43 | over 2 years | dhcp | | house | AT&T home |
| Filip Kvasny | 174.212.14.156 | 2 Years | dhcp | | Cell phone | Verizon |
| Rafael Barragan | 172.58.17.106 | 1 Year | dhcp | | Cell phone | Tmobile |
| Ronnie Desantis | 47.204.8.72 | over 5 years | dhcp | | House | Frontier Communications |
| Joel Pineda | 200.68.128.28 | over 2 years | dhcp | | Cell phone | TelCel |
| Joel Pineda | 172.58.21.118 | over 2 years | dhcp | | Cell phone | Tmobile |
| Crystal Shorees Jacks | 99.203.11.37 | Less than 1 year | dhcp | | Cell phone | AT&T |
| Crystal Shorees Jacks | 72.192.16498 | over 2 years | dhcp | | house | Cox |
| Eric Talman | 68.7.246.180 | over 2 years | dhcp | | house | Cox |
| Eric Talman | 172.58.21.239 | over 2 years | dhcp | | Cell phone | T Mobile |
| Janice Bentley | 107.77.66.18 | over 2 years | dhcp | | Cell phone | AT&T |
| Tina Blanco | 70.181.188.125 | over 2 years | dhcp | | House - Jamul | Cox |
| Tina Blanco | 166.170.15.31 | 2 years | dhcp | | Cell phone | AT&T |
| Tina Blanco | 166.170.14.98 | last 16 months | dhcp | | Cell phone | AT&T |
| Tina blanco | 98.160.183.115 | since July 2016 | dhcp | | House - Las Vegas | cox |
| Sarasota Office | 47.206.61.86 | from July 2016 to today | dhcp | | Office-current | Frontier |
| Seann Coughlin | 174.228.132.19 | over 2 years | dhcp | | Cell phone | Verizon |
| Ronnie Desantis | 107.77.100.90 | last 3-4 months | dhcp | | Cell phone | AT&T |
| Anchorage Office | 66.58.139.129 | over 2 years | dhcp | | Office-current | GCI |
| Anchorage Office | 66.58.139.206 | over 2 years | dhcp | | Office-current | GCI |
| Gregory Pech | 107.77..80.93 | over 2 years | dhcp | | Cell phone | AT&T |
| Gregory Pech | 172.58.175.225 | over 2 years | dhcp | | Cell phone | Tmobile |
| Gregory Pech | 47.195.255.218 | over 2 years | dhcp | | House | Frontier |
| Nicole Shorez | 107.77.231.32 | from June 2010 | dhcp | | Cell phone | AT&T |
| Callie Parsons | 47.195.224.242 | over 3 years | dhcp | | House | Frontier Communications |
| Barry Hipple | 174.212.11.154 | over 3 years | dhcp | | Cell phone | Verizon |
| Barry Hipple | 68.7.220.222 | 1-2 years | dhcp | | House | AT&T |
| Trinh La | 172.58.17.106 | Less than 1 year | dhcp | | Cell phone | TMobile |
| Trinh La | 192.168.1.9 | 1-2 years | dhcp | | House | Spectrum |
| Eric Talman | 68.7.246.180 | 1-2 years | dhcp | | Cell phone | AT&T |

•••••••••••••• This IP address cannot be confirmed by Cox. It's potentially Tina's home IP address from the date range provided.

| tina blanco | 98:167.95.56 | 2013 to July 2016 | dhcp | | house | cox |
|---|---|---|---|---|---|---|

EXHIBIT B - 1

Exhibit No. 2
BOLES
04/23/2018
Esquire - AL

WC 000170

.ıll Sprint  LTE          10:44 AM          ⌁ ❋ 66% ▭

Q 🔒 whats my ip                    ↻

# Go gle

*Thikra  Boles*
*Cell*
*702- 443- 5912*

whats my ip                    ✕  🔍

ALL     NEWS     SHOPPING     MAPS     IMAGES

## 99.203.11.21

Your public IP address

→   Learn more about IP addresses

*Feedback*

What's My IP Address? Networking Tools &

touch.whatsmyip.org

Your IP Address plus Port Scanners, Traceroute,
HTTP Compression Test, Ping, Whois, DNS, IP Geo
Location, Password Generator and many more tools
and how-to's.

IP Location    Port Scanners    More Info About Yo

⬆    📖    ▭    ◰