MATTHEW V. HERRON (Bar No. 71193)
mherron@herronlawapc.com
herronlaw, *apc*
350 Tenth Avenue, Suite 880
San Diego, California 92101-3545
Tel:  (619) 233-4122 / Fax: (619) 233-3709

Attorneys for Defendants WHENEVER COMMUNICATIONS, LLC, dba SATELLITEPHONESTORE.COM; and HENAA BLANCO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATMODO, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WHENEVER COMMUNICATIONS, LLC, dba SATELLITEPHONESTORE.COM, a Nevada limited liability company, HENAA BLANCO, an individual, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 17-CV-0192-AJB NLS<br><br>**OBJECTION TO THE SUPPLEMENTAL DECLARATION OF SCOTT J. IVY IN SUPPORT OF MOTION FOR DETERMINATION OF DISCOVERY DISPUTE NO. 1**<br><br>DEPT:　　3B<br>JUDGE:　　Hon. Anthony J. Battaglia<br>MAGISTRATE: Hon. Nita L. Stormes |

///
///
///
///
///
///
///
///
///

OBJECTION TO THE SUPPLEMENTAL DECLARATION OF SCOTT J. IVY IN SUPPORT OF MOTION FOR DETERMINATION OF DISCOVERY DISPUTE NO. 1

1

Defendants WHENEVER COMMUNICATIONS, LLC, dba SATELLITEPHONESTORE.COM; and HENAA BLANCO hereby object to the Supplemental Declaration of Scott J. Ivy in Support of Motion for Determination of Discovery Dispute No. 1 and Exhibit A thereto filed with the court on May 8, 2018, on the grounds that it is untimely, not allowed under the court's joint motion procedure, irrelevant and hearsay.

Dated: May 10, 2018                    herronlaw, *apc*

                         By:   /s/Matthew V. Herron
                                 Matthew V. Herron (SBN 71193)
                                 mherron@herronlawapc.com
                                 Attorneys for Defendants
                                 WHENEVER COMMUNICATIONS, LLC,
                                 dba SATELLITEPHONESTORE.COM; and
                                 HENAA BLANCO

OBJECTION TO THE SUPPLEMENTAL DECLARATION OF SCOTT J. IVY IN SUPPORT OF MOTION FOR DETERMINATION OF DISCOVERY DISPUTE NO. 1

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 10, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Dated:      May 10, 2018                          herronlaw, *apc*

By:   /s/ Matthew V. Herron
      Matthew V. Herron (SBN 71193)
      mherron@herronlawapc.com
      Attorneys for Defendants
      WHENEVER COMMUNICATIONS, LLC, dba SATELLITEPHONESTORE.COM; and HENAA BLANCO

OBJECTION TO THE SUPPLEMENTAL DECLARATION OF SCOTT J. IVY IN SUPPORT OF MOTION FOR DETERMINATION OF DISCOVERY DISPUTE NO. 1

3