McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Scott J. Ivy, #197681
   Scott.Ivy@mccormickbarstow.com
Devon R. McTeer #230539
   Devon.Mcteer@mccormickbarstow.com
Jared Gordon, #227980
   Jared.Gordon@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff, SATMODO, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATMODO, LLC, a California limited liability company,<br><br>            Plaintiff,<br><br>      v.<br><br>WHENEVER COMMUNICATIONS, LLC, d.b.a. SatellitePhoneStore.com, a Nevada limited liability company, HENAA BLANCO, an individual, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 17-CV-0192-AJB NLS<br><br>**SUPPLEMENTAL DECLARATION OF SCOTT J. IVY IN RESPONSE TO ORDER ON JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE NO. 1 (ECF 57)**<br><br>Judge:  Hon. Nita L. Stormes<br><br>Action Filed:   February 1, 2017<br>Trial Date:     May 6, 2019 |

I, Scott J. Ivy, declare as follows:

1.    I am an attorney duly admitted to practice before the Courts of the State of California and before this Court.  I am Of Counsel in the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, attorneys of record for Plaintiff, SATMODO, LLC ("Plaintiff") in the above-entitled action.  If called as a witness, I would and could competently testify to all facts stated herein from my personal knowledge except where stated upon information and belief and, as to these matters, I am informed and believe them to be true.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

17-CV-0192-AJB NLS
SUPPLEMENTAL DECLARATION OF SCOTT J. IVY IN RESPONSE TO ORDER ON JOINT MOTION
FOR DETERMINATION OF DISCOVERY DISPUTE NO. 1 (ECF 57)

2.      I am submitting this Supplemental Declaration in response to the Court's Order on Joint Motion for Determination of Discovery Dispute No. 1 (ECF 57).

3.      The Parties' Joint Motion for Determination of Discovery Dispute No. 1 (ECF 51) involved Satmodo's Special Interrogatories asking Defendants to provide certain identifying information regarding all computing devices used by it or its employees for business purposes during the relevant time period, and the companion request for inspection of devices identified in those verified responses.

4.      Prior to the filing of the Joint Motion, Defendants had refused to provide verified responses to the Interrogatories, and had only provided an unverified "List" (List No. 1) of certain devices that Plaintiff contended was unverified, incomplete, suspect, and failed to provide the information sought in the Interrogatories at issue. (ECF 53 at 2-3, Exh B; ECF 57 at 5-6)  The Court acknowledged those concerns, and ordered that "Defendants must provide a verified response to Interrogatories 1-5 by August 10, 2018." (ECF 57 at 6).    The Court also ordered the parties to meet and confer to proceed with inspections of the devices identified in the Supplemental Responses within 30 days of the Order. (ECF 57 at 8-10)

5.      On August 10, 2018, Defendants responded to the Court's Order by providing Plaintiff with another unverified list of devices with some of the information sought by the Interrogatories, but no verified responses to the Interrogatories at all. (Attached as Exhibit A to this Declaration is a two page summary of the new List of Devices ("List No. 2") compiled from the unverified documents provided by Defendants, which are included after the summary.

6.      I have previously notified Defendants' counsel that Defendants must provide verified responses to the Interrogatories, and not just another unverified list, to allow us sufficient confidence and protection to proceed with the expense of the inspection ordered by the Court. (Attached as Exhibit B are copies of correspondence exchanged following receipt of the Court's Order).  To date, we have received no

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2                    17-CV-0192-AJB NLS
**SUPPLEMENTAL DECLARATION OF SCOTT J. IVY IN RESPONSE TO ORDER ON JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE NO. 1 (ECF 57)**

1   further response to these communications, nor any Verified Supplemental Responses to
2   the Interrogatories that were the subject of the Joint Motion.

3         7.      My concerns with the new "List No. 2" are the same concerns we had with
4   List No. 1 that precipitated the Joint Motion and the Court's Order, i.e., it is unverified,
5   incomplete, and in fact contradicts much of List No. 1, which highlights and reinforces
6   our concerns with the original unverified List.  (ECF 57 at 6-8) As noted in the Joint
7   Motion and the Court's Order, Defendants' contended List No. 1 "represented an
8   inventory of the "IP addresses for employees who used their own devices for business
9   purposes," and this list contained 24 cell phones of various employees who used these
10  devices for business purposes. (ECF 57 at 6, ECF 53 at 2-3, Exh B).   Yet, in response
11  to the Court's Order that Defendants provide Supplemental Responses to the
12  Interrogatories to allow Plaintiff to proceed with inspections, the unverified "List 2"
13  does not include a single cell phone or tablet for any employees other than Defendant
14  Tina Blanco, and specifically omits the 20+ cell phones that Defendants had previously
15  listed on List 1 as being used by employees for business purposes. (Compare ECF 53 at
16  Exh B ("List 1"), with Exhibit A to this Declaration ("List 2").

17        8.      While Plaintiff has made a good faith effort to comply with the deadlines
18  set forth in the Court's Order re Joint Motion No. 1, Plaintiff cannot proceed with the
19  time and expense involved with the inspections ordered by the Court without some
20  confidence in the universe of devices, i.e. the information sought by the Interrogatories
21  for ALL computing devices used by Defendant or its employees for business purposes
22  during the relevant time period.

23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

3                                    17-CV-0192-AJB NLS

SUPPLEMENTAL DECLARATION OF SCOTT J. IVY IN RESPONSE TO ORDER ON JOINT MOTION
FOR DETERMINATION OF DISCOVERY DISPUTE NO. 1 (ECF 57)

1    I declare under penalty of perjury under the laws of the United States of America

2  that the foregoing is true and correct and that this Declaration was executed by me on

3  August 22, 2018, at Fresno, California.

4

5                                                            /s/ Scott J. Ivy
                                                            Scott J. Ivy
6                                                            Email:
                                                   *Scott.Ivy@mccormickbarstow.com*
7                                                      Attorneys for Plaintiff
8                                                         SATMODO, LLC

9    18265-00000 5297257.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

4                                           17-CV-0192-AJB NLS
SUPPLEMENTAL DECLARATION OF SCOTT J. IVY IN RESPONSE TO ORDER ON JOINT MOTION
FOR DETERMINATION OF DISCOVERY DISPUTE NO. 1 (ECF 57)

*SATMODO, LLC v. WHENEVER COMMUNICATIONS, LLC, d.b.a.*
*SatellitePhoneStore.com, et al.*

United States Eastern District of California, Southern District of California Case No. 17-CV-0192-AJB NLS

Exhibits To:
SUPPLEMENTAL DECLARATION OF SCOTT J. IVY IN RESPONSE TO ORDER ON JOINT MOTION FOR OF DISCOVERY DISPUTE NO. 1 (ECF 57)

| DESCRIPTION | LOCATION | PAGE NO. |
|---|---|---|
| Copy of List#2 Device List Generated From WC 000234 to 000301 Produced August 2018 | Exhibit A | 1 |
| Copies of correspondence exchanged following receipt of the Court's Order | Exhibit B | 62 |

McCormick, Barstow, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

SUPPLEMENTAL DECLARATION OF SCOTT J. IVY IN RESPONSE TO ORDER ON JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE NO. 1 (ECF 57)

LIST #2

**DEVICE LIST GENERATED FROM WC 000243 TO 000301 PRODUCED AUGUST 2018**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | DEVICE | MAKE/MODEL | SERIAL NUMBER | OPERATING SYSTEM | TIME PERIOD | USERS | LOCATION | STATUS |
| 2 | DESKTOP-6JNPS39 | Dell Optiplex 7010 | CXH08Y1 | Windows 10 | June, 2017 to present | Ryan and Nolito "sps1" | Alaska | still In Use |
| 3 | Laptop "Bryant" | Asus TP500LA | EBN0WU039533459 | Windows 10 Home | Pre 2016 to present | Ryan and Nolito "Ryan" | Alaska | still In Use |
| 4 | Laptop "Callie" | Asus TP500LA | EBN0WU039495459 | Windows 10 Home | Pre 2016 to present | "Callie Parsons" | Florida | still in use |
| 5 | Office PC – Callie's computer "Callie" | HP HPE-150t | 2MF01906B1 | Windows 10 Pro | 2010 to present | Callie, see screenshot | Florida Store | still in use |
| 6 | Office PC, Ace tower, PC name = "Janice" | Acer Aspire TC 780 | DTB889AA00865100B9A3000 | Windows 10 Home | Mid 2017 to present | Janice | Florida Store | still in use |
| 7 | Sarasota Lobby PC "srqfrontdemo" | HP All-in-One | TJ1708ND5J | Windows 10 Home | (1/16/16) to present | "User" | Florida | still in use |
| 8 | Office PC, Robert's computer "Robert" | HP HPE-570twm | 2MF1020W99 | Windows 10 Pro | Pre 2016 to present | Filip, Robert, SPS-Guest | Florida Office | still in use |
| 9 | Office PC, Ron's computer | HP Tower Rfrb HPE-570tw | 2MF1020W99  Same as above ? | Windows 10 Pro | Pre 2016 to present | Ron | Florida | still in use |
| 10 | Office PC , Roxie's computer "srqfrontdesk" | HP Rfrb HPE-510t | 2MF1030K4T | Windows 10 Pro | Pre 2016 to present | Roxie, See screenshot below | Florida | still in use |
| 11 | Laptop "PC" | ASUS | EAN0WU512181443 | Windows 10 Home | Pre 2016 to present | SEANN | Florida Store | still in use |
| 12 | Lenovo Tower PC name ="seann" | Lenovo Tower | R303QJVG | Windows Home 10 | Aug-17 | Seann | Florida Store | still in use |
| 13 | OFFICE TOWER "Tina" | Dell Inspiron 620 | 5WVP5V1 | Windows 10 Pro | Pre 2016 to present | Tina, see attached screenshot of user dir. | Florida Office | still in use |
| 14 | Office PC, Tom's PC | HP Tower pavilion slimline | 2MF00307wy | Windows 7 Pro | Pre 2016 to present | Tricci, (Tom) | Florida Office | still in use |
| 15 | Laptop "Joel-SPS" | HP Notebook | 3CE6074F0C | Windows 10 Home | November 2017 to present | Saul, Filip, Sherri, Tyler | Mexico Store | still in use |
| 16 | Laptop DESKTOP-L4G45DR | HP ENVY x360 | 8CG7313NW8 | Windows 10 Home | November 2017 to present | Osiris | Mexico Store | still in use |
| 17 | Office PC – pc name = "Anna" | Dell Optiplex 960 | 7NQMRH1 | Windows 10 Pro | pre 1-16-2016 to present | "Owner" | San Diego | still in use |
| 18 | Office PC Laptop, Barry's laptop. "Desktop- | HP Envy | 8CG73218YB | Windows 10 Home | 2018 to present | "Barry" | San Diego | still in use |
| 19 | Office PC – Barry's office. Pc name = 'Barry-pc' | Dell Optiplex 9020 | BKM8SD2 | Windows 7 Pro | Oct, 2016 to present | "Barry" | San Diego | still in use |
| 20 | Office PC, Crystal's Office "Crystal" | Lenovo Desktop Tower | ES10820753 | Windows 7 Ultimate | pre 1-16-2016 to present | "Sue" Crystal and Tina used this pc | San Diego | still in use |
| 21 | Laptop Eric's laptop "Desktop-5DEUPL8" | HP Spectre x360 | 5CD61858KD | Windows 10 Home | Pre 2016 to present | Eric and Osiris | San Diego | still in use |
| 22 | Office PC – Tower, Eric's PC | HP e9250t | MXY95100NJ | Windows 10 Pro | Pre 2016 to present | "Administrator" "Rachel" Eric's computer | San Diego | still in use |
| 23 | Office PC – Filip's desk pc name = "filip-pc" | Dell Inspiron 580 | JSB4LM1 | Windows 10 Pro | pre 1-16-2016 to present | "Filip" | San Diego | still in use |
| 24 | Office PC – Front/Reception Desk, Thika's pc | Dell Optiplex 990 | D57R0R1 | Windows 10 Pro | August 2018 to present | "SPS Admin" | San Diego | still in use |
| 25 | iPhone – Tina's current iPhone | Apple iPhone | C39WH2TKJCLR | iOS | June 2018 to present | Tina | San Diego | still in use |
| 26 | iPhone – Tina's old iPhone | Apple iPhone | F2LNQ845G5QL | iOS | pre 1-16-2016 to August 2016 | Tina | San Diego | no longer in use |
| 27 | iPhone - Tina's old iPhone | Apple iPhone | FCCSG2BTGRXK | iOS | August 2016 to June 2018 | Tina | San Diego | no longer in use |
| 28 | Office PC – pc name = "Jeff" | Dell Optiplex 960 | 68X0TH1 | Windows 7 Pro | Pre 1-16-2016 to present | "owner" | San Diego | in use |
| 29 | Office PC Laptop pc name = "Marco" | Asus Laptop | GBN0CV12Y72846F | Windows 10 Home | August 2017 to present | "spasovski" | San Diego | |

EXHIBIT A - 01

LIST #2

**DEVICE LIST GENERATED FROM WC 000243 TO 000301 PRODUCED AUGUST 2018**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 30 | Office PC – Rafael's computer | Lenovo Tower | ES10342761 | Windows 7 Ultimate | Jan 2016 to Present | "Rafael" | San Diego | in use |
| 31 | Office PC, Barry old PC | Dell Optiplex 980 | D92RKM1 | Windows 7 Pro | Feb 2016 to March 2018 | Barry | San Diego | Barry. System does not boot |
| 32 | Office PC – pc retired from front desk | Dell Optiplex | 77YCNS1 | Windows 10 Pro | April 2018 to August 2018 | "User" and "Thikra" | San Diego | Device at office but not in use. Last used by Thikra |
| 33 | Office PC Laptop, Sue's old laptop | Asus | E9N0WU415042396 | Windows 8.1 | August 2016 to June 2018 | "Sue" | San Diego | Sue, not (sic "no") longer in use. |
| 34 | Office PC, Thikra old old PC. | Lenovo Tower | ES10798057 | Windows 7 | Pre 1-16-2016 to April 2018 | Thikra | San Diego | Thikra. System does not boot |
| 35 | Office PC, Tina old PC | Black Box PC, Thermaltake Case | n/a, system does not boot | Windows 7 | pre 2016 to June 2017 | Tina | San Diego | Tina. System does not boot |
| 36 | Office PC | Lenovo ideacentre | ES10352865 | Windows 7 | Pre 1-16-2016 to May 2018 | "Trinh" | San Diego | Trinh. System does not boot |
| 37 | Office PC Showroom Kiosk 1 – Lobby computer | HP All-In-One 24-e014 | 8CC8120VF1 | Windows 10 Home | ??? | "SPS1" | San Diego | still in use |
| 38 | Office PC Showroom Kiosk 2 – Lobby computer | HP All-In-One Envy | TJ1704MVT5 | Windows 10 Home | June 2018 to present | "User" "Defaultuser0" | San Diego | still in use |
| 39 | Office PC – Kiosk3 "SANLOBBY2" | HP All-In-One 24-e014 | 8CC8130MB7 | Windows 10 Home | June 2018 to present | "SPS2" | San Diego | still in use |
| 40 | Office PC – Sue's Laptop "SueLaptopAsus" | Asus laptop | H5N0WU16985621D | Windows 10 Home | August 2018 to present | "SueAsus" | San Diego | still in use |
| 41 | Office PC – Senna's (aka Sue) office. Pc name = 'Senna-pc' | Lenovo IdeaCentre Tower | ES10342099 | Windows 7 Ultimate | Pre 1-16-2016 to present | "Senna" | San Diego | still in use |
| 42 | Office PC, Tina's Office pc name = "Tina-PC" | Dell Optiplex 9020 | BKX6SD2 | Windows 7 Pro | Oct. 2016 to present | "Tina" | San Diego | still in use |
| 43 | Office PC, Trinh's office "Desktop-PI2sv42" | Dell Optiplex 990 | 9K7GVR1 | Windows 10 Pro | Pre 1-16-2016 to present | "user" Trinh | San Diego | still in use |
| 44 | Office PC Laptop, Tyler's laptop. "Tylerslaptop" | HP Envy | 8CG73218Z2 | Windows 10 Home | 2018 to present | "Tyler" | San Diego | still in use |
| 45 | Office PC – Tyler's desk | HP Pavilion Slimline | 2MF10208T5 | Windows 10 Pro | Jan-18 | User = Tyler | San Diego | still in use |
| 46 | Home PC at Tina's house "Tina-PC" | Dell Optiplex 9010 | 48G2XX1 | Windows 7 Pro | Pre 2016 to present | Tina | Las Vegas NV | still in use |

**Whenever Communications Computing Device Inventory Item**

Description of device

| DESKTOP-6JNPS39 |
|---|

Make and Model

| Dell Optiplex 7010 |
|---|

Serial number or unique ID

| CXH08Y1 |
|---|

Operating System of device

| Windows 10 |
|---|

Time period in use between 1/16/2016 to present

| June, 2017 to present |
|---|

All users of device during same time period

| Ryan and Nolito "sps1" |
|---|

Locations of equipment during same time period

| Alaska |
|---|

If device is no longer in use, last person to have custody

| Still in use |
|---|

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

WC 000243

EXHIBIT A - 03

**Whenever Communications Computing Device Inventory Item**

Description of device

| Laptop "Bryant" |

Make and Model

| Asus TP500LA |

Serial number or unique ID

| EBN0WU039533459 |

Operating System of device

| Windows 10 Home |

Time period in use between 1/16/2016 to present

| Pre2016 to present |

All users of device during same time period

| Ryan and Nolito "Ryan" |

Locations of equipment during same time period

| Alaska |

If device is no longer in use, last person to have custody

| Still in use |

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

WC 000244

EXHIBIT A - 04

**Whenever Communications Computing Device Inventory Item**

Description of device

| Laptop "Callie" |
| --- |

Make and Model

| Asus TP500LA |
| --- |

Serial number or unique ID

| EBN0WU039495459 |
| --- |

Operating System of device

| Windows 10 Home |
| --- |

Time period in use between 1/16/2016 to present

| Pre-2016 to present |
| --- |

All users of device during same time period

| "Callie Parsons" |
| --- |

Locations of equipment during same time period

| Florida |
| --- |

If device is no longer in use, last person to have custody

| Still in use |
| --- |

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

WC 000245

EXHIBIT A - 05

**Whenever Communications Computing Device Inventory Item**

Description of device

| Office PC – callie's computer "Callie" |
| --- |

Make and Model

| HP HPE-150t |
| --- |

Serial number or unique ID

| 2MF01906B1 |
| --- |

Operating System of device

| Windows 10 Pro |
| --- |

Time period in use between 1/16/2016 to present

| 2010 to present |
| --- |

All users of device during same time period

| Callie, see screenshot |
| --- |

Locations of equipment during same time period

| Florida Store |
| --- |

If device is no longer in use, last person to have custody

| Still in use |
| --- |

Browser history Search results for "Satmodo"

Chrome: Found 7 search results for 'satmodo'

Aug 1, 2018 2018-04-23 BOLES, Thrika Deposition Transcript,.pdf docs.herronlawapc.com

WC 000246

EXHIBIT A - 06

Jul 27, 2018 2018-04-23 BOLES, Thrika Deposition Transcript,.pdf docs.herronlawapc.com

Jul 26, 2018 2018-04-23 BOLES, Thrika Deposition Transcript,.pdf docs.herronlawapc.com

Jul 25, 2018 2018-04-23 BOLES, Thrika Deposition Transcript,.pdf docs.herronlawapc.com

Jul 25, 2018 Silver File docs.herronlawapc.com

Jul 25, 2018 Silver File docs.herronlawapc.com

Jul 25, 2018 Silver File docs.herronlawapc.com

Edge = no results found

IE = no results found

Firefox = no results found



WC 000247

EXHIBIT A - 07

**Whenever Communications Computing Device Inventory Item**

| |
|---|
| Description of device: **Office PC, Acer tower, PC name ="Janice"** |
| Make and Model: **Acer Aspire TC-780** |
| Serial number or unique ID: **DTB89AA00865100B9A3000** |
| Operating System of device: **Windows 10 home** |
| Time period in use between 1/16/2016 to present: **Mid 2017 to present** |
| All users of device during same time period:  **Janice** |
| Locations of equipment during same time period: **Florida Store** |
| If device is no longer in use, last person to have custody: **still in use** |

Browser history Search results for "Satmodo"

**Chrome = no results found**

**Edge = no results found**

**IE = no results found**

WC 000248

EXHIBIT A - 08

**Whenever Communications Computing Device Inventory Item**

Description of device

| Sarasota Lobby PC  "srqfrontdemo" |
|---|

Make and Model

| HP All-in-One |
|---|

Serial number or unique ID

| TJ1708ND5J |
|---|

Operating System of device

| Windows 10 Home |
|---|

Time period in use between 1/16/2016 to present

| To present |
|---|

All users of device during same time period

| "User" |
|---|

Locations of equipment during same time period

| Florida |
|---|

If device is no longer in use, last person to have custody

| Still in use |
|---|

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

WC 000249

EXHIBIT A - 09

**Whenever Communications Computing Device Inventory Item**

Description of device

| Office PC, Robert's computer "Robert" |
|---|

Make and Model

| HP HPE-570twm |
|---|

Serial number or unique ID

| 2MF1020W99 |
|---|

Operating System of device

| Windows 10 Pro |
|---|

Time period in use between 1/16/2016 to present

| Pre 2016 to present |
|---|

All users of device during same time period

| Filip, Robert, SPS-Guest |
|---|

Locations of equipment during same time period

| Florida Office |
|---|

If device is no longer in use, last person to have custody

| Still in use |
|---|

Browser history Search results for "Satmodo"

**Chrome = no results found**

**Edge = no results found**

**IE = no results found**

WC 000250

**Office Whenever Communications Computing Device Inventory Item**

Description of device

| Office PC, Ron's comuter |
|---|

Make and Model

| HP Tower Rfrb HPE-570tw |
|---|

Serial number or unique ID

| 2MF1020W99 |
|---|

Operating System of device

| Windows 10 Pro |
|---|

Time period in use between 1/16/2016 to present

| Pre 2016 to present |
|---|

All users of device during same time period

| Ron |
|---|

Locations of equipment during same time period

| Florida |
|---|

If device is no longer in use, last person to have custody

| Still in use |
|---|

Browser history Search results for "Satmodo"

**Chrome = no results found**

**Edge = no results found**

**IE = no results found**

WC 000251

EXHIBIT A - 11

Firefox = No results found

WC 000252

EXHIBIT A - 12

**Whenever Communications Computing Device Inventory Item**

Description of device

| |
|---|
| OPffice PC , Roxie's computer  "srqfrontdesk" |

Make and Model

| |
|---|
| HP Rfrb HPE-510t |

Serial number or unique ID

| |
|---|
| 2MF1030K4T |

Operating System of device

| |
|---|
| Windows 10 pro |

Time period in use between 1/16/2016 to present

| |
|---|
| Pre-2016 to present |

All users of device during same time period

| |
|---|
| Roxie, See screenshot below |

Locations of equipment during same time period

| |
|---|
| Florida |

If device is no longer in use, last person to have custody

| |
|---|
| Still in use |

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

WC 000253

EXHIBIT A - 13

Firefox = no results found

Screen shot of users:



WC 000254

EXHIBIT A - 14

**Whenever Communications Computing Device Inventory Item**

Description of device

Laptop "PC"

Make and Model

ASUS

Serial number or unique ID

EAN0WU512181443

Operating System of device

Windows 10 HOME

Time period in use between 1/16/2016 to present

Pre-2016 to present

All users of device during same time period

SEANN

Locations of equipment during same time period

Florida Store

If device is no longer in use, last person to have custody

Still in use

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

WC 000255

EXHIBIT A - 15

**Whenever Communications Computing Device Inventory Item**

Description of device

| |
|---|
| Lenovo Tower  PC name ="seann" |

Make and Model

| |
|---|
| Lenovo Tower |

Serial number or unique ID

| |
|---|
| R303QJVG |

Operating System of device

| |
|---|
| Windows 10 home |

Time period in use between 1/16/2016 to present

| |
|---|
| August, 2017 |

All users of device during same time period

| |
|---|
| Seann |

Locations of equipment during same time period

| |
|---|
| Florida Store |

If device is no longer in use, last person to have custody

| |
|---|
| Still in use |

Browser history Search results for "Satmodo"

Chrome Browser:

WC 000256

Found 52 search results for 'satmodo'

Jul 25, 2018 Silver File docs.herronlawapc.com

Jul 25, 2018 2017-02-01 Summons.pdf docs.herronlawapc.com

Jul 25, 2018 Silver File docs.herronlawapc.com

Jul 25, 2018 Silver File docs.herronlawapc.com

Jul 25, 2018 S:\Satellite Phone Store\Satmodo Matter\Joint Motion to Compel re Discovery Dispute No. revwpd.wpd docs.herronlawapc.com

Jul 25, 2018 2016-09-27 Response Ltr to Satmodo.pdf docs.herronlawapc.com

Jul 25, 2018 2016-09-15 Satmodo Demand Ltr.pdf docs.herronlawapc.com

Jul 25, 2018 Silver File docs.herronlawapc.com

Jul 25, 2018 Supoena-Guide-for-Identifying-Anonymous-Internet-Posters.pdf docs.herronlawapc.com

Jul 25, 2018 satmodo - technology profile.pdf docs.herronlawapc.com

Jul 25, 2018 satmodo - relationship profile.pdf docs.herronlawapc.com

Jul 25, 2018 clickfraud.pdf docs.herronlawapc.com

Jul 25, 2018 S:\Satellite Phone Store\Satmodo Matter\Working\SUMMARY TOTAL OF FRAUDULENT CLICKS IDENTIFIED BY PLAINTIFF IN FIRST.wpd docs.herronlawapc.com

Jul 25, 2018 2 SATMODO000020.0001.XLSX docs.herronlawapc.com

Jul 25, 2018 Dr Michael Sasevich, Thoracic and Cardiac Surgeon in Oklahoma City, OK US News.pdf docs.herronlawapc.com

Jul 25, 2018 Pleading Paper docs.herronlawapc.com

Jul 25, 2018 70.164.119.90 - CA Store.pdf docs.herronlawapc.com

Jul 25, 2018 2018-04-20 Defs' Oppo to MTC - Blanco Dec.pdf docs.herronlawapc.com

Jul 25, 2018 Business Entities Filing Document docs.herronlawapc.com

Jul 25, 2018 Silver File docs.herronlawapc.com

Jul 25, 2018 (3) 127Disgorgement of Unlawful Profits into Fluid Recovery Fund.pdf docs.herronlawapc.com

Jul 25, 2018 ORDER ON JOINT MOTION for determination of DISCOVERY DISPUTE no. 1 [ECF No. 51] docs.herronlawapc.com

Jul 25, 2018 Microsoft Word - Document1 docs.herronlawapc.com

Jul 25, 2018 Silver File docs.herronlawapc.com

WC 000257

Jul 25, 2018 Law 360 Article .pdf docs.herronlawapc.com

Jul 25, 2018 Silver File docs.herronlawapc.com

Jul 25, 2018 Combined Text Messages Angelo Phone 1.pdf docs.herronlawapc.com

Jul 25, 2018 Combined Text Messages.pdf docs.herronlawapc.com

Jul 25, 2018 Silver File docs.herronlawapc.com

Jul 25, 2018 Combined Text Messages Angelo Phone 2.pdf docs.herronlawapc.com

Jul 24, 2018
https://docs.herronlawapc.com/docs/Satellite%20Phone%20Store/Satmodo%20Matter/Depo%20Trans
cripts/BOLES%2C%20Thrika/2018-04-23%20BOLES%2C%20Thrika%20Deposition%20Transcript%2C.pdf
docs.herronlawapc.com

Jul 24, 2018 Silver File docs.herronlawapc.com

Jul 24, 2018 Silver File docs.herronlawapc.com

Jul 24, 2018 Silver File docs.herronlawapc.com

Jul 24, 2018 Silver File docs.herronlawapc.com

Jul 24, 2018 Silver File docs.herronlawapc.com

Jul 24, 2018 Subpoena .pdf docs.herronlawapc.com

Jul 23, 2018 Silver File docs.herronlawapc.com

Jul 23, 2018 Silver File docs.herronlawapc.com

Jul 23, 2018 Silver File docs.herronlawapc.com

Jul 23, 2018 Silver File docs.herronlawapc.com

Jul 23, 2018 2018.04.18 Documents Produced by Frontier to Satmodo Subpoena.PDF
docs.herronlawapc.com

Jul 23, 2018 Silver File docs.herronlawapc.com

Jul 23, 2018 2018.05.03 Documents Produced by Cox Communications to Satmodo Subpoena - Copy.PDF
docs.herronlawapc.com

Jul 23, 2018 Silver File docs.herronlawapc.com

Jul 23, 2018 Subpoena .pdf docs.herronlawapc.com

Jul 23, 2018 Account Information 1648576 docs.herronlawapc.com

Jul 23, 2018 Account Information 1368075 docs.herronlawapc.com

Jul 23, 2018
https://docs.herronlawapc.com/docs/Satellite%20Phone%20Store/Satmodo%20Matter/Document%20P

WC 000258

roductions/Choopa%20production%20%28rev%207-12-18%29/ACCTID_1287530_report.pdf
docs.herronlawapc.com

Jul 23, 2018 Account Information 1114446 docs.herronlawapc.com

Jul 23, 2018 2018.04.12 AT&T Response to Satmodo Subpoena [cannot comply].PDF
docs.herronlawapc.com

Jul 23, 2018 Silver File docs.herronlawapc.com

------------

Internet Explorer = no results found

Edge = no results found

WC 000259

**Whenever Communications Computing Device Inventory Item**

Description of device

| OFFICE TOWER  "Tina" |
|---|

Make and Model

| Dell  Inspiron 620 |
|---|

Serial number or unique ID

| 5WVP5V1 |
|---|

Operating System of device

| Windows 10 Pro |
|---|

Time period in use between 1/16/2016 to present

| Pre-2016 to present |
|---|

All users of device during same time period

| Tina, see attached screenshot of user dir. |
|---|

Locations of equipment during same time period

| Florida Office |
|---|

If device is no longer in use, last person to have custody

| Still in use |
|---|

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

WC 000260

EXHIBIT A - 20



| Name | Date modified | Type | Size |
|------|---------------|------|------|
| jjlancaster | 7/10/2013 1:58 PM | File folder | |
| abbtbyl | 5/23/2018 1:14 AM | File folder | |
| administrator | 5/23/2018 1:13 AM | File folder | |
| bblackburn | 5/23/2018 1:13 AM | File folder | |
| cparsons | 5/23/2018 1:14 AM | File folder | |
| Default.migrated | 9/26/2016 4:01 AM | File folder | |
| DefaultAppPool | 5/31/2018 8:52 PM | File folder | |
| dkarey | 5/23/2018 1:13 AM | File folder | |
| doconnor | 5/23/2018 1:13 AM | File folder | |
| fkvasny | 5/23/2018 1:16 AM | File folder | |
| IT | 5/23/2018 1:13 AM | File folder | |
| jlancaster | 5/23/2018 1:15 AM | File folder | |
| nmallett | 5/23/2018 1:21 AM | File folder | |
| nmallett.SPS-SRQ1 | 5/23/2018 1:13 AM | File folder | |
| psexton | 5/31/2018 11:35 AM | File folder | |
| Public | 5/23/2018 4:47 AM | File folder | |
| shipping | 5/23/2018 1:13 AM | File folder | |
| tortega | 5/23/2018 1:14 AM | File folder | |

13 items

WC 000261

EXHIBIT A - 21

**Whenever Communications Computing Device Inventory Item**

Description of device

> Office PC, Tom's PC

Make and Model

> HP Tower pavilion slimline

Serial number or unique ID

> 2MF00307wy

Operating System of device

> Windows 7 Pro

Time period in use between 1/16/2016 to present

> Pre-2016 to present

All users of device during same time period

> Tricci, (Tom)

Locations of equipment during same time period

> Florida Office

If device is no longer in use, last person to have custody

> Still in use

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

**Whenever Communications Computing Device Inventory Item**

Description of device

| Laptop "Joel-SPS" |
| --- |

Make and Model

| HP Notebook |
| --- |

Serial number or unique ID

| 3CE6074F0C |
| --- |

Operating System of device

| Windows 10 Home |
| --- |

Time period in use between 1/16/2016 to present

| November, 2017 to present |
| --- |

All users of device during same time period

| Saul, Filip, Sherri, Tyler |
| --- |

Locations of equipment during same time period

| Mexico Store |
| --- |

If device is no longer in use, last person to have custody

| Still in use |
| --- |

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

WC 000263

EXHIBIT A - 23

**Whenever Communications Computing Device Inventory Item**

Description of device

| Laptop DESKTOP-L4G45DR |
|---|

Make and Model

| HP ENVY x360 |
|---|

Serial number or unique ID

| 8CG7313NW8 |
|---|

Operating System of device

| Windows 10 Home |
|---|

Time period in use between 1/16/2016 to present

| November 2017 to present |
|---|

All users of device during same time period

| Osiris |
|---|

Locations of equipment during same time period

| Mexico store |
|---|

If device is no longer in use, last person to have custody

| Still in use |
|---|

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

WC 000264

EXHIBIT A - 24

**Whenever Communications Computing Device Inventory Item**

Description of device

| Office PC – pc name = "Anna" |
|---|

Make and Model

| Dell Optiplex 960 |
|---|

Serial number or unique ID

| 7NQMRH1 |
|---|

Operating System of device

| Windows 10 Pro |
|---|

Time period in use between 1/16/2016 to present

| Pre 1-16-2016 to present |
|---|

All users of device during same time period.

| "Owner" |
|---|

Locations of equipment during same time period.

| San Diego |
|---|

If device is no longer in use, last person to have custody

| Still in use |
|---|

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

WC 000265

EXHIBIT A - 25

**Whenever Communications Computing Device Inventory Item**

Description of device

| |
|---|
| Office PC Laptop, Barry's laptop. "Desktop-8G1F1CQ" |

Make and Model

| |
|---|
| HP Envy |

Serial number or unique ID

| |
|---|
| 8CG73218YB |

Operating System of device

| |
|---|
| Windows 10 Home |

Time period in use between 1/16/2016 to present

| |
|---|
| 2018 to Present |

All users of device during same time period.

| |
|---|
| "Barry" |

Locations of equipment during same time period.

| |
|---|
| San Diego |

If device is no longer in use, last person to have custody

| |
|---|
| Still in use |

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

WC 000266

EXHIBIT A - 26

WC 000267

EXHIBIT A - 27

**Whenever Communications Computing Device Inventory Item**

Description of device

| |
|---|
| Office PC – Barry's office.  Pc name = 'Barry-pc' |

Make and Model

| |
|---|
| Dell Optiplex 9020 |

Serial number or unique ID

| |
|---|
| BKM8SD2 |

Operating System of device

| |
|---|
| Windows 7 Pro |

Time period in use between 1/16/2016 to present

| |
|---|
| Oct, 2016 to present |

All users of device during same time period.

| |
|---|
| "Barry" |

Locations of equipment during same time period.

| |
|---|
| San Diego |

If device is no longer in use, last person to have custody

| |
|---|
| Still in use |

Browser history Search results for "Satmodo"

Chrome = no results found

IE = no results found

WC 000268

EXHIBIT A - 28

**Whenever Communications Computing Device Inventory Item**

Description of device

| Office PC, Crystal's Office "Crystal" |

Make and Model

| Lenovo Desktop Tower |

Serial number or unique ID

| ES10820753 |

Operating System of device

| Windows 7 Ultimate |

Time period in use between 1/16/2016 to present

| Pre 1-16-2016 to present |

All users of device during same time period.

| "Sue" Crystal and Tina used this pc |

Locations of equipment during same time period.

| San Diego |

If device is no longer in use, last person to have custody

| Still in use |

Browser history Search results for "Satmodo"

Chrome: Found 9 search results for 'satmodo'

Jul 13, 2018 Iridium 9575 is Perfect for Fishing Baja – Yelp www.yelp.com

Jul 13, 2018 The Iridium GO is on sale for $845 with service. Come in or call for details – Yelp
www.yelp.com

WC 000269

EXHIBIT A - 29

Jul 13, 2018 The Iridium GO is on sale for $845 with service. Come in or call for details – Yelp www.yelp.com

Jul 13, 2018 Great Iridium sat phone rentals available at the corner of 3rd and Laurel! – Yelp www.yelp.com

Jul 13, 2018 Iridium Push to Talk – Yelp www.yelp.com

Jul 13, 2018 The GO is alive and ready for you – Yelp www.yelp.com

Jul 13, 2018 Photos for Satmodo Satellite Phones – Yelp www.yelp.com

Jul 13, 2018 Iridium 9555 Is perfect for fishing, racing and any remote type of trip – Yelp www.yelp.com

Jul 13, 2018 Iridium 9555 Phone kit..Race ready – Yelp www.yelp.com

Internet Explorer = no results found

firefox = 1 result

https://www.google.com/maps/place/Satmodo+Satellite+Phones/@32.7278105,-117.1635667,17z/data=!4m7!3m6!1s0x80d954b75ce32197:0x52a0fe732e0625bc!8m2!3d32.727806!4d-117.161378!9m1!1b1

WC 000270

**Whenever Communications Computing Device Inventory Item**

Description of device

| |
|---|
| Laptop Eric's laptop "Desktop-5DEUPL8" |

Make and Model

| |
|---|
| HP Spectre x360 |

Serial number or unique ID

| |
|---|
| 5CD61858KD |

Operating System of device

| |
|---|
| Windows 10 Home |

Time period in use between 1/16/2016 to present

| |
|---|
| Pre-2016 - present |

All users of device during same time period

| |
|---|
| Eric and Osiris |

Locations of equipment during same time period

| |
|---|
| San Diego |

If device is no longer in use, last person to have custody

| |
|---|
| Still in use |

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

WC 000271

WC 000272

EXHIBIT A - 32

**Whenever Communications Computing Device Inventory Item**

Description of device

| Office PC – Tower, Eric's PC |
|---|

Make and Model

| HP e9250t |
|---|

Serial number or unique ID

| MXY95100NJ |
|---|

Operating System of device

| Windows 10 Pro |
|---|

Time period in use between 1/16/2016 to present

| Pre-2016 to present |
|---|

All users of device during same time period

| "Administrator" "Rachel" Eric's computer |
|---|

Locations of equipment during same time period

| San Diego |
|---|

If device is no longer in use, last person to have custody

| Still in use |
|---|

Browser history Search results for "Satmodo"

Chrome: Found 4 search results for 'satmodo'

Jul 19, 2018 Satmodo Satellite Phones - 35 Reviews - Mobile Phones - 2140 4th Ave, Banker's Hill, San Diego, CA - Phone Number – Yelp www.yelp.com

Jun 25, 2018
https://www.thinkwithgoogle.com/feature/mobile/?domains=satellitephonestore.com,satphonestore.c

WC 000273

om,roadpost.com,bluecosmo.com,satmodo.com,groundcontrol.com&network=3G
www.thinkwithgoogle.com

Jun 25, 2018
https://www.thinkwithgoogle.com/feature/mobile/?domains=satellitephonestore.com,satphonestore.c
om,roadpost.com,bluecosmo.com,satmodo.com,groundcontrol.com  www.thinkwithgoogle.com

Jun 25, 2018
https://www.thinkwithgoogle.com/feature/mobile/?domains=satellitephonestore.com,satphonestore.c
om,roadpost.com,bluecosmo.com,satmodo.com www.thinkwithgoogle.com

firefox = no results found

IE = no results found

Edge = no results found

WC 000274

EXHIBIT A - 34

**Whenever Communications Computing Device Inventory Item**

Description of device

| |
|---|
| Office PC – Filip's desk pc name = "filip-pc" |

Make and Model

| |
|---|
| Dell Inspiron 580 |

Serial number or unique ID

| |
|---|
| JSB4LM1 |

Operating System of device

| |
|---|
| Windows 10 Home |

Time period in use between 1/16/2016 to present

| |
|---|
| Pre 1-16-2016 to present |

All users of device during same time period.

| |
|---|
| "Filip" |

Locations of equipment during same time period.

| |
|---|
| San Diego |

If device is no longer in use, last person to have custody

| |
|---|
| Still in use |

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

WC 000275

EXHIBIT A - 35

**Whenever Communications Computing Device Inventory Item**

Description of device

| Office PC – Front/Reception Desk, Thikra's pc |
|---|

Make and Model

| Dell Optiplex 990 |
|---|

Serial number or unique ID

| D57R0R1 |
|---|

Operating System of device

| Windows 10 Pro |
|---|

Time period in use between 1/16/2016 to present

| Aug, 2018 to present |
|---|

All users of device during same time period

| "SPS Admin" |
|---|

Locations of equipment during same time period

| San Diego |
|---|

If device is no longer in use, last person to have custody

|  |
|---|

WC 000276

**Whenever Communications Computing Device Inventory Item**

Description of device

| |
|---|
| iPhone – Tina's current iPhone |

Make and Model

| |
|---|
| Apple iPhone |

Serial number or unique ID

| |
|---|
| C39WH2TKJCLR |

Operating System of device

| |
|---|
| iOS |

Time period in use between 1/16/2016 to present

| |
|---|
| June 2018 to present |

All users of device during same time period.

| |
|---|
| Tina |

Locations of equipment during same time period.

| |
|---|
| San Diego |

If device is no longer in use, last person to have custody

| |
|---|
| Still in use |

WC 000277

**Whenever Communications Computing Device Inventory Item**

Description of device

| iPhone – Tina's old iPhone |
|---|

Make and Model

| Apple iPhone |
|---|

Serial number or unique ID

| F2LNQ845G5QL |
|---|

Operating System of device

| iOS |
|---|

Time period in use between 1/16/2016 to present

| Pre 1-16-2016 to Aug 2016 |
|---|

All users of device during same time period.

| Tina |
|---|

Locations of equipment during same time period.

| San Diego |
|---|

If device is no longer in use, last person to have custody

| Tina, no longer in use. |
|---|

WC 000278

EXHIBIT A - 38

**Whenever Communications Computing Device Inventory Item**

Description of device

| iPhone – Tina's old iPhone |
|---|

Make and Model

| Apple iPhone |
|---|

Serial number or unique ID

| FCCSG2BTGRXK |
|---|

Operating System of device

| iOS |
|---|

Time period in use between 1/16/2016 to present

| Aug 2016 to June 2018 |
|---|

All users of device during same time period.

| Tina |
|---|

Locations of equipment during same time period.

| San Diego |
|---|

If device is no longer in use, last person to have custody

| Tina, no longer in use. |
|---|

WC 000279

**Whenever Communications Computing Device Inventory Item**

Description of device

| |
|---|
| Office PC – pc name = "Jeff" |

Make and Model

| |
|---|
| Dell Optiplex 960 |

Serial number or unique ID

| |
|---|
| 68X0TH1 |

Operating System of device

| |
|---|
| Windows 7 Pro |

Time period in use between 1/16/2016 to present

| |
|---|
| Pre 1-16-2016 to present |

All users of device during same time period.

| |
|---|
| "Owner" |

Locations of equipment during same time period.

| |
|---|
| San Diego |

If device is no longer in use, last person to have custody

| |
|---|
| Still in use |

Browser history Search results for "Satmodo":

Chrome = no results found

IE = no results found

WC 000280

EXHIBIT A - 40

**Whenever Communications Computing Device Inventory Item**

Description of device

> Office PC Laptop  pc name = "Marco"

Make and Model

> Asus Laptop

Serial number or unique ID

> GBN0CV12Y72846F

Operating System of device

> Windows 10 Home

Time period in use between 1/16/2016 to present

> Aug 2017 to present

All users of device during same time period.

> "spasovski"

Locations of equipment during same time period.

> San Diego

If device is no longer in use, last person to have custody

> 

Browser history Search results for "Satmodo":

Chrome = no results found

Edge = no results found

IE = no results found

WC 000281

EXHIBIT A - 41

**Whenever Communications Computing Device Inventory Item**

Description of device

| Office PC – Rafael's computer |
| --- |

Make and Model

| Lenovo Tower |
| --- |

Serial number or unique ID

| ES10342761 |
| --- |

Operating System of device

| Windows 7 Ultimate |
| --- |

Time period in use between 1/16/2016 to present

| Jan 2016 to Present |
| --- |

All users of device during same time period

| "Rafael" |
| --- |

Locations of equipment during same time period

| San Diego |
| --- |

If device is no longer in use, last person to have custody

| Still in use |
| --- |

Browser history Search results for "Satmodo"

Chrome = no results found

IE = no results found

WC 000282

EXHIBIT A - 42

**Whenever Communications Computing Device Inventory Item**

Description of device

| Office PC, Barry old PC. |
|---|

Make and Model

| Dell Optiplex 980 |
|---|

Serial number or unique ID

| D92RKM1 |
|---|

Operating System of device

| Windows 7 Pro |
|---|

Time period in use between 1/16/2016 to present

| Feb 2016 to March 2018 |
|---|

All users of device during same time period.

| Barry |
|---|

Locations of equipment during same time period.

| San Diego |
|---|

If device is no longer in use, last person to have custody

| Barry. System does not boot |
|---|

WC 000283

**Whenever Communications Computing Device Inventory Item**

Description of device

Office PC – pc retired from front desk

Make and Model

Dell Optiplex

Serial number or unique ID

77YCNS1

Operating System of device

Windows 10 Pro

Time period in use between 1/16/2016 to present

April 2018 to August 2018

All users of device during same time period

"User" and "Thikra"

Locations of equipment during same time period

San Diego

If device is no longer in use, last person to have custody

Device at office but not in use. Last used by Thikra.

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

WC 000284

EXHIBIT A - 44

**Whenever Communications Computing Device Inventory Item**

Description of device

| Office PC Laptop, Sue's old laptop. |
|---|

Make and Model

| Asus |
|---|

Serial number or unique ID

| E9N0WU415042396 |
|---|

Operating System of device

| Windows 8.1 |
|---|

Time period in use between 1/16/2016 to present

| Aug 2016 to June 2018 |
|---|

All users of device during same time period.

| "Sue" |
|---|

Locations of equipment during same time period.

| San Diego |
|---|

If device is no longer in use, last person to have custody

| Sue, not longer in use. |
|---|

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

WC 000285

EXHIBIT A - 45

**Whenever Communications Computing Device Inventory Item**

Description of device

Office PC, Thikra old old PC.

Make and Model

Lenovo Tower

Serial number or unique ID

ES10798057

Operating System of device

Windows 7

Time period in use between 1/16/2016 to present

Pre 1-16-2016 to April 2018

All users of device during same time period.

Thikra

Locations of equipment during same time period.

San Diego

If device is no longer in use, last person to have custody

Thikra. System does not boot

WC 000286

**Whenever Communications Computing Device Inventory Item**

Description of device

| Office PC, Tina old PC. |
|---|

Make and Model

| Black Box PC, Thermaltake Case |
|---|

Serial number or unique ID

| n/a, system does not boot |
|---|

Operating System of device

| Windows 7 |
|---|

Time period in use between 1/16/2016 to present

| pre 2016 to June 2017 |
|---|

All users of device during same time period.

| Tina |
|---|

Locations of equipment during same time period.

| San Diego |
|---|

If device is no longer in use, last person to have custody

| Tina. System does not boot |
|---|

WC 000287

EXHIBIT A - 47

**Whenever Communications Computing Device Inventory Item**

Description of device

| Office PC |
|---|

Make and Model

| Lenovo Ideacentre |
|---|

Serial number or unique ID

| ES10352865 |
|---|

Operating System of device

| Windows 7 |
|---|

Time period in use between 1/16/2016 to present

| Pre 1-16-2016 to May 2018 |
|---|

All users of device during same time period.

| "Trinh" |
|---|

Locations of equipment during same time period.

| San Diego |
|---|

If device is no longer in use, last person to have custody

| Trinh. System does not boot |
|---|

WC 000288

EXHIBIT A - 48

**Whenever Communications Computing Device Inventory Item**

Description of device

> Office PC Showroom Kiosk 1 – Lobby computer

Make and Model

> HP All-In-One 24-e014

Serial number or unique ID

> 8CC8120VF1

Operating System of device

> Windows 10 Home

Time period in use between 1/16/2016 to present

>

All users of device during same time period

> "SPS1"

Locations of equipment during same time period

> San Diego

If device is no longer in use, last person to have custody

> Still in use

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

WC 000289

EXHIBIT A - 49

**Whenever Communications Computing Device Inventory Item**

Description of device

| Office PC Showroom Kiosk 2 – Lobby computer |
|---|

Make and Model

| HP All-In-One Envy |
|---|

Serial number or unique ID

| TJ1704MVT5 |
|---|

Operating System of device

| Windows 10 Home |
|---|

Time period in use between 1/16/2016 to present

| June, 2018 |
|---|

All users of device during same time period

| "User" "Defaultuser0" |
|---|

Locations of equipment during same time period

| San Diego |
|---|

If device is no longer in use, last person to have custody

| Still in use |
|---|

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

WC 000290

EXHIBIT A - 50

**Whenever Communications Computing Device Inventory Item**

Description of device

Office PC – Kiosk3 "SANLOBBY2"

Make and Model

HP All-In-One 24-e014

Serial number or unique ID

8CC8130MB7

Operating System of device

Windows 10 Home

Time period in use between 1/16/2016 to present

June 2018

All users of device during same time period

"SPS2"

Locations of equipment during same time period

San Diego

If device is no longer in use, last person to have custody

Still in use

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

WC 000291

EXHIBIT A - 51

**Whenever Communications Computing Device Inventory Item**

Description of device

| Office PC – Sue's Laptop "SueLaptopAsus" |
|---|

Make and Model

| Asus laptop |
|---|

Serial number or unique ID

| H5N0WU16985621D |
|---|

Operating System of device

| Windows 10 Home |
|---|

Time period in use between 1/16/2016 to present

| Aug 2018 to present |
|---|

All users of device during same time period.

| "SueAsus" |
|---|

Locations of equipment during same time period.

| San Diego |
|---|

If device is no longer in use, last person to have custody

| Still in use |
|---|

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

WC 000292

EXHIBIT A - 52

**Whenever Communications Computing Device Inventory Item**

Description of device

> Office PC – Senna's (aka Sue) office.  Pc name = 'Senna-pc'

Make and Model

> Lenovo IdeaCentre Tower

Serial number or unique ID

> ES10342099

Operating System of device

> Windows 7 Ultimate

Time period in use between 1/16/2016 to present

> Pre 1-16-2016 to present

All users of device during same time period.

> "Senna"

Locations of equipment during same time period.

> San Diego

If device is no longer in use, last person to have custody

> Still in use

Browser history Search results for "Satmodo"

Chrome: Found 1 search result for 'satmodo'

Jul 28, 2018 "satmodo" - sue@satphoneservice.com - satphoneservice Mail mail.google.com

Firefox = no results found

IE = no results found

WC 000293

EXHIBIT A - 53

**Whenever Communications Computing Device Inventory Item**

Description of device

| |
|---|
| Office PC, Tina's Office  pc name = "Tina-PC" |

**Make and Model**

| |
|---|
| Dell Optiplex 9020 |

**Serial number or unique ID**

| |
|---|
| BKX6SD2 |

**Operating System of device**

| |
|---|
| Windows 7 Pro |

**Time period in use between 1/16/2016 to present**

| |
|---|
| Oct. 2016 to present |

**All users of device during same time period.**

| |
|---|
| "Tina" |

**Locations of equipment during same time period.**

| |
|---|
| San Diego |

**If device is no longer in use, last person to have custody**

| |
|---|
| Still in use |

**Browser history Search results for "Satmodo"**

Chrome: 30 results found

Aug 2, 2018 https://www.google.com/maps/place/Satmodo+Satellite+Phones/@32.7270172,-
117.1611492,3a,75y,253.03h,81.09t/data=!3m6!1e1!3m4!1svoK2uqWf1FeGeZuirqWX9A!2e0!7i16384!8

WC 000294

EXHIBIT A - 54

i8192!4m5!3m4!1s0x80d954b75ce32197:0x52a0fe732e0625bc!8m2!3d32.727806!4d-117.161378 www.google.com

Aug 2, 2018 https://www.google.com/maps/place/Satmodo+Satellite+Phones/@32.7270172,-117.1611492,3a,75y,192.51h,99.92t/data=!3m6!1e1!3m4!1svoK2uqWf1FeGeZuirqWX9A!2e0!7i16384!8 i8192!4m5!3m4!1s0x80d954b75ce32197:0x52a0fe732e0625bc!8m2!3d32.727806!4d-117.161378 www.google.com

Aug 2, 2018 2098 Fourth Ave - Google Maps www.google.com

Aug 2, 2018 https://www.google.com/maps/place/Satmodo+Satellite+Phones/@32.7278447,-117.161217,3a,75y,256.66h,97.15t/data=!3m6!1e1!3m4!1s3ALBq-_l3zGFFDi2nC5X6g!2e0!7i16384!8i8192!4m5!3m4!1s0x80d954b75ce32197:0x52a0fe732e0625bc!8m2! 3d32.727806!4d-117.161378 www.google.com

Aug 2, 2018 Google Maps www.google.com

Aug 2, 2018 2140 Fourth Ave - Google Maps www.google.com

Aug 2, 2018 https://www.google.com/maps/place/Satmodo+Satellite+Phones/@32.7277708,-117.1611764,3a,90.6y,90t/data=!3m5!1e1!3m3!1s3ALBq-_l3zGFFDi2nC5X6g!2e0!6s%2F%2Fgeo1.ggpht.com%2Fcbk%3Fpanoid%3D3ALBq-_l3zGFFDi2nC5X6g%26output%3Dthumbnail%26cb_client%3Dmaps_sv.tactile.gps%26thumb%3D2%26 w%3D203%26h%3D100%26yaw www.google.com

Aug 2, 2018 https://www.google.com/maps/place/Satmodo+Satellite+Phones/@32.7277708,-117.1611764,3a,90.6y,90t/data=!3m8!1e2!3m6!1sAF1QipMW1NpCft3_ggD_46uVP2X0tBl1iMpqW6zt6g 3U!2e10!3e12!6shttps:%2F%2Flh5.googleusercontent.com%2Fp%2FAF1QipMW1NpCft3_ggD_46uVP2X 0tBl1iMpqW6zt6g3U%3Dw114-h86-k-no!7i640!8i480!4m5!3m4!1 www.google.com

Aug 2, 2018 https://www.google.com/maps/place/Satmodo+Satellite+Phones/@32.7278068,-117.1611766,3a,75y,90t/data=!3m8!1e2!3m6!1sAF1QipM61IEdQTrs3nnPj_XJ04RXuvJK9gMxThdBxA-q!2e10!3e12!6shttps:%2F%2Flh5.googleusercontent.com%2Fp%2FAF1QipM61IEdQTrs3nnPj_XJ04RXuvJ K9gMxThdBxA-q%3Dw203-h203-k-no!7i640!8i640!4m5!3m4!1s www.google.com

Aug 2, 2018 https://www.google.com/maps/place/Satmodo+Satellite+Phones/@32.7277708,-117.1611764,3a,82.5y,90t/data=!3m8!1e2!3m6!1sAF1QipMBd77L9AkZz_M749l097KHF7nmREFPf6x3b-41!2e10!3e12!6shttps:%2F%2Flh5.googleusercontent.com%2Fp%2FAF1QipMBd77L9AkZz_M749l097KH F7nmREFPf6x3b-41%3Dw203-h149-k-no!7i750!8i553!4m5!3m4! www.google.com

Aug 2, 2018 https://www.google.com/maps/place/Satmodo+Satellite+Phones/@32.7277708,-117.1611764,3a,75y,90t/data=!3m8!1e2!3m6!1sAF1QipMBd77L9AkZz_M749l097KHF7nmREFPf6x3b-41!2e10!3e12!6shttps:%2F%2Flh5.googleusercontent.com%2Fp%2FAF1QipMBd77L9AkZz_M749l097KH F7nmREFPf6x3b-41%3Dw203-h149-k-no!7i750!8i553!4m5!3m4!1s www.google.com

Aug 2, 2018 https://www.google.com/maps/place/Satmodo+Satellite+Phones/@32.7277708,-117.1611764,3a,82.2y,90t/data=!3m8!1e2!3m6!1sAF1QipNwLZ4QJs625iVjYOC8-dnEJEVSuavSoiZM1LIR!2e10!3e12!6shttps:%2F%2Flh5.googleusercontent.com%2Fp%2FAF1QipNwLZ4QJ s625iVjYOC8-dnEJEVSuavSoiZM1LIR%3Dw203-h176-k-no!7i640!8i556!4m5!3m4! www.google.com

Aug 2, 2018 https://www.google.com/maps/place/Satmodo+Satellite+Phones/@32.7277708,-117.1611764,3a,75y,90t/data=!3m8!1e2!3m6!1sAF1QipNwLZ4QJs625iVjYOC8-

WC 000295

dnEJEVSuavSoiZM1LIR!2e10!3e12!6shttps:%2F%2Flh5.googleusercontent.com%2Fp%2FAF1QipNwLZ4QJ
s625iVjYOC8-dnEJEVSuavSoiZM1LIR%3Dw203-h176-k-no!7i640!8i556!4m5!3m4!1s www.google.com

Aug 2, 2018 Satmodo Satellite Phones - Google Maps www.google.com

Aug 2, 2018 Scott Lindsey - Google Maps www.google.com

Aug 2, 2018 https://www.google.com/maps/place/Satmodo+Satellite+Phones/@32.7278068,-
117.1611766,3a,90.6y,90t/data=!3m8!1e2!3m6!1sAF1QipMW1NpCft3_ggD_46uVP2X0tBl1iMpqW6zt6g
3U!2e10!3e12!6shttps:%2F%2Flh5.googleusercontent.com%2Fp%2FAF1QipMW1NpCft3_ggD_46uVP2X
0tBl1iMpqW6zt6g3U%3Dw114-h86-k-no!7i640!8i480!4m5!3m4!1 www.google.com

Aug 2, 2018 Satmodo Satellite Phones - Google Maps www.google.com

Aug 2, 2018 https://www.google.com/maps/place/Satmodo+Satellite+Phones/@32.727806,-
117.1635667,17z/data=!3m1!4b1!4m5!3m4!1s0x80d954b75ce32197:0x52a0fe732e0625bc!8m2!3d32.7
27806!4d-117.161378 www.google.com

Aug 2, 2018 Satmodo Satellite Phones - Google Maps www.google.com

Aug 2, 2018 satmodo - Google Maps www.google.com

Aug 1, 2018 Search results - henaablanco@gmail.com – Gmail mail.google.com

Aug 1, 2018 leads - henaablanco@gmail.com – Gmail mail.google.com

Aug 1, 2018
https://mail.google.com/mail/u/0/#search/satmodo/157de2a0088607b4?projector=1&messagePartId=
0.1 mail.google.com

Aug 1, 2018 Satmodo v. Whenever Communications - henaablanco@gmail.com – Gmail mail.google.com

Aug 1, 2018 Satmodo Satellite Phones - 35 Reviews - Mobile Phones - 2140 4th Ave, Banker's Hill, San
Diego, CA - Phone Number – Yelp www.yelp.com

Aug 1, 2018 Directions - Satmodo Satellite Phones - Banker's Hill - San Diego, CA www.yelp.com

Jun 26, 2018 (1) Satmodo Satellite Phones – Home www.facebook.com

Jun 26, 2018 https://www.facebook.com/Satmodo/videos/1254098151305572/ www.facebook.com

Jun 26, 2018 https://www.facebook.com/Satmodo/videos/1133376913377697/ www.facebook.com

Jun 26, 2018 (1) satmodo - Facebook Search www.facebook.com


Internet Explorer = no results found

WC 000296

EXHIBIT A - 56

**Whenever Communications Computing Device Inventory Item**

Description of device

| |
|---|
| Office PC, Trinh's office "Desktop-PI2sv42" |

Make and Model

| |
|---|
| Dell Optiplex 990 |

Serial number or unique ID

| |
|---|
| 9K7GVR1 |

Operating System of device

| |
|---|
| Windows 10 Pro |

Time period in use between 1/16/2016 to present

| |
|---|
| Pre 1-16-2016 to present |

All users of device during same time period.

| |
|---|
| "user" Trinh |

Locations of equipment during same time period.

| |
|---|
| San Diego |

If device is no longer in use, last person to have custody

| |
|---|
| Still in use |

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

WC 000297

EXHIBIT A - 57

**Whenever Communications Computing Device Inventory Item**

Description of device

Office PC Laptop, Tyler's laptop.  "Tylerslaptop"

Make and Model

HP Envy

Serial number or unique ID

8CG73218Z2

Operating System of device

Windows 10 Home

Time period in use between 1/16/2016 to present

2018 to Present

All users of device during same time period.

"Tyler"

Locations of equipment during same time period.

San Diego

If device is no longer in use, last person to have custody

Still in use

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

WC 000298

**Whenever Communications Computing Device Inventory Item**

Description of device

| |
|---|
| Office PC – Tyler's desk |

Make and Model

| |
|---|
| HP Pavilion Slimline |

Serial number or unique ID

| |
|---|
| 2MF10208T5 |

Operating System of device

| |
|---|
| Windows 10 Pro |

Time period in use between 1/16/2016 to present

| |
|---|
| January, 2018 |

All users of device during same time period

| |
|---|
| User = Tyler |

Locations of equipment during same time period

| |
|---|
| San Diego |

If device is no longer in use, last person to have custody

| |
|---|
| Still in use |

Browser history Search results for "Satmodo"

Chrome: Found 2 search results for 'satmodo'

May 17, 2018 satmodo - Google Search www.google.com

May 17, 2018 (3) Satmodo Satellite Phones – Home  www.facebook.com

WC 000299

EXHIBIT A - 59

Edge = no results found

IE = no results found

WC 000300

**Whenever Communications Computing Device Inventory Item**

Description of device

| |
|---|
| Home PC at Tina's house "Tina-PC" |

**Make and Model**

| |
|---|
| Dell Optiplex 9010 |

Serial number or unique ID

| |
|---|
| 48G2XX1 |

Operating System of device

| |
|---|
| Windows 7 Pro |

Time period in use between 1/16/2016 to present

| |
|---|
| Pre-2016 to present |

All users of device during same time period

| |
|---|
| Tina |

Locations of equipment during same time period

| |
|---|
| Las Vegas, NV |

If device is no longer in use, last person to have custody

| |
|---|
| Still in use |

Browser history Search results for "Satmodo"

Chrome = no results found

Edge = no results found

IE = no results found

WC 000301

EXHIBIT A - 61



**McCORMICK
BARSTOW LLP**
ATTORNEYS AT LAW

Scott J. Ivy
scott.ivy@mccormickbarstow.com

**FRESNO, CA OFFICE**
7647 North Fresno Street
Fresno, CA 93720
P.O. Box 28912
Fresno, CA 93729-8912
Telephone (559) 433-1300
Fax (559) 433-2300

**Other offices of
McCORMICK, BARSTOW, SHEPPARD
WAYTE AND CARRUTH, LLP**

www.mccormickbarstow.com

**BAKERSFIELD, CA OFFICE**
5060 California Ave., Suite 1090
Bakersfield, California 93309
Telephone 661-616-1594
Fax 661-616-1595

**CINCINNATI, OH OFFICE**
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, Ohio 45202
Telephone (513) 762-7520
Fax (513) 762-7521

**DENVER, CO OFFICE**
999 18th Street, Suite 3000
Denver, Colorado 80202
Telephone (720) 282-8126
Fax (720) 282-8127

**LAS VEGAS, NV OFFICE**
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone (702) 949-1100
Fax (702) 949-1101

**MODESTO, CA OFFICE**
1125 I Street, Suite 1
Modesto, California 95354
Telephone (209) 524-1100
Fax (209) 524-1188

August 1, 2018

**VIA EMAIL AND U S MAIL**

Matthew V. Herron, Esq.
HERRON LAW, APC
350 Tenth Avenue, Suite 880
San Diego, CA 92101-3545

Re:   <u>Satmodo, LLC v. Whenever Communications, LLC, et al.</u>
      Our File No.: 18265-00000

Dear Mr. Herron:

Pursuant to Judge Nita L. Stormes' Order dated July 20, 2018 regarding Discovery Dispute No. 1 granting the request to inspect the devices of Whenever Communications, LLC and its employees, the parties have 30 days from the date of the Order to coordinate the inspection of the devices at your client's San Diego office. A copy of the Order is enclosed for your reference.

As set forth in the Order it is necessary for experts for both parties to attend the inspection. Our expert from Lighthouse can be available in San Diego on August 16, 17 or 20, 2018. Please advise as to whether your expert, I presume Mr. Kent, can be available to attend the inspection on any of those dates.

Due to the time constraints imposed by Judge Storme, I would appreciate a prompt reply regarding your and your expert's availability. Your cooperation in this regard is appreciated.

Very truly yours,

*/s/Scott J. Ivy*
Scott J. Ivy
McCormick Barstow LLP

SJI:mkg
Enclosure

18265-00000 5256582.1

EXHIBIT B - 01

**Scott Ivy**

| | |
|---|---|
| **From:** | Scott Ivy |
| **Sent:** | Wednesday, August 22, 2018 11:06 AM |
| **To:** | Scott Ivy |
| **Subject:** | FW: Satmodo v. Whenever Communications |
| **Attachments:** | WC 243-WC 301.pdf |

**From:** Ken Lau [mailto:klau@herronlawapc.com]
**Sent:** Friday, August 10, 2018 1:01 PM
**To:** Devon McTeer
**Cc:** Matthew Herron; Tammy Dos Santos
**Subject:** Satmodo v. Whenever Communications

Counsel:

Defendants produce the attached documents, bates numbered WC 000243 to WC 000301, pursuant to the Court's July 20, 2018 Order.

Regards,
KEN LAU
klau@herronlawapc.com
☏tel  619 ☏233 4122
☏fax  619 ☏233 3709



| Diamond View Tower | 350 tenth avenue | suite 880 |
|---|---|---|
| san diego | california | 92101 |

☏A paperless office implementing SilverFile paperless technology
www.silverfilecorp.com

EXHIBIT B - 02



**McCORMICK
BARSTOW LLP**
ATTORNEYS AT LAW

Scott J. Ivy
scott.ivy@mccormickbarstow.com

**FRESNO, CA OFFICE**
7647 North Fresno Street
Fresno, CA 93720
P.O. Box 28912
Fresno, CA 93729-8912
Telephone (559) 433-1300
Fax (559) 433-2300

August 15, 2018

**VIA E-MAIL AND U.S. MAIL**

Matthew V. Herron
HERRON LAW, APC
350 Tenth Avenue, Suite 880
San Diego, CA 92101-3545

Re:     Satmodo, LLC v. Whenever Communications, LLC, et al.
        USDC, Southern District, Case No. 17-CV-0192-AJB NLS
        Our File No.: 18265-00000

Dear Mr. Herron:

As of this morning, we have not received your Supplemental Responses to Interrogatories that the Court ordered be provided by August 10th. If the responses were in fact served, please let us know this morning when and how they were served.

We have also not received any response to our request, as also ordered by the Court, as to available dates to complete the inspections ordered by the Court. Please provide a response this morning with several dates in the next couple of weeks that your expert is available so we can schedule the inspections. If you do not intend to provide dates or allow an inspection, please let us know that is your position.

Your prompt attention to these issues is appreciated.

**Other offices of**
McCORMICK, BARSTOW, SHEPPARD
WAYTE AND CARRUTH, LLP

www.mccormickbarstow.com

**BAKERSFIELD, CA OFFICE**
5060 California Ave., Suite 1090
Bakersfield, California 93309
Telephone 661-616-1594
Fax 661-616-1595

**CINCINNATI, OH OFFICE**
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, Ohio 45202
Telephone (513) 762-7520
Fax (513) 762-7521

**DENVER, CO OFFICE**
999 18th Street, Suite 3000
Denver, Colorado 80202
Telephone (720) 262-8126
Fax (720) 262-8127

**LAS VEGAS, NV OFFICE**
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone (702) 949-1100
Fax (702) 949-1101

**MODESTO, CA OFFICE**
1125 I Street, Suite 1
Modesto, California 95354
Telephone (209) 524-1100
Fax (209) 524-1188

Very truly yours,

Scott J. Ivy
McCormick Barstow LLP

SJI:dmh

18265-00000 5286788.1

**Dawn M. Houston**

| | |
|---|---|
| **From:** | Tammy Dos Santos <tdossantos@herronlawapc.com> |
| **Sent:** | Wednesday, August 15, 2018 11:35 AM |
| **To:** | Dawn M. Houston |
| **Cc:** | mherron@herronlawapc.com; Scott Ivy; Michelle Gagnon; Ken Lau |
| **Subject:** | Re: Satmodo LLC v. Whenever Communications, LLC |

Counsel,

In response to your letter of today's date regarding the our supplemental response to interrogatories ordered by the court, we provided those responses to you on Friday, August 10, 2018, by way of Mr. Lau's email to you on that date that included a complete Device Inventory with browser search results.

Regarding available dates for the inspection ordered by the court, please provide dates that your expert is available and we will do our best to accomodate his availability.

Best regards,

Tammy

On Wed, Aug 15, 2018 at 10:24 AM, Dawn M. Houston <Dawn.Houston@mccormickbarstow.com> wrote:



**DAWN M HOUSTON**
Secretary

McCormick Barstow, LLP
7647 North Fresno Street
P.O. Box 28912
Fresno, CA 93729-8912
(559) 433-1300 main
(559) 433-2300 fax

Dawn.Houston@mccormickbarstow.com

www.mccormickbarstow.com

FRESNO • BAKERSFIELD • CINCINNATI • DENVER • LAS VEGAS • MODESTO

CONFIDENTIALITY NOTICE: E-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential and proprietary information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by forwarding this to info@mccormickbarstow.com or by

1

EXHIBIT B - 04

telephone at (559) 433-1300, and destroy the original transmission and its attachments without reading or saving it in any manner.  Thank you.

--
**TAMMY DOS SANTOS**
tdossantos@herronlawapc.com
tel 619 233 4122
fax 619 233 3709

 law

| Diamond View Tower | 350 tenth avenue | suite 880 |
|---|---|---|
| san diego | california | 92101 |

A paperless office implementing **SilverFile** paperless technology
**www.silverfilecorp.com**

2

## Dawn M. Houston

| | |
|---|---|
| **From:** | Tammy Dos Santos <tdossantos@herronlawapc.com> |
| **Sent:** | Wednesday, August 15, 2018 11:53 AM |
| **To:** | Dawn M. Houston |
| **Cc:** | mherron@herronlawapc.com; Scott Ivy; Michelle Gagnon; Ken Lau |
| **Subject:** | Re: Satmodo LLC v. Whenever Communications, LLC |

Counsel,

As a follow-up to my previous email about scheduling in the inspection.  Please be advised that the inspection will need to take place after 3:00 p.m. or on the weekend.  With those scheduling parameters, please provide your expert's availability.

Thank you.

Best regards,

Tammy

On Wed, Aug 15, 2018 at 11:34 AM, Tammy Dos Santos <tdossantos@herronlawapc.com> wrote:
Counsel,

In response to your letter of today's date regarding the our supplemental response to interrogatories ordered by the court, we provided those responses to you on Friday, August 10, 2018, by way of Mr. Lau's email to you on that date that included a complete Device Inventory with browser search results.

Regarding available dates for the inspection ordered by the court, please provide dates that your expert is available and we will do our best to accomodate his availability.

Best regards,

Tammy

On Wed, Aug 15, 2018 at 10:24 AM, Dawn M. Houston <Dawn.Houston@mccormickbarstow.com> wrote:

EXHIBIT B - 06

**Dawn M. Houston**

| | |
|---|---|
| **From:** | Scott Ivy <Scott.Ivy@mccormickbarstow.com> |
| **Sent:** | Wednesday, August 15, 2018 1:38 PM |
| **To:** | 'Tammy Dos Santos' |
| **Cc:** | mherron@herronlawapc.com; Michelle Gagnon; Ken Lau; Scott Ivy; Dawn M. Houston |
| **Subject:** | RE: Satmodo LLC v. Whenever Communications, LLC |

Ms. Santos

I am in receipt of the document provided by Mr. Lau to Ms. McTeer on Friday.  Please make sure in the future that I am copied on all communications to my office.

While I think the document transmitted from counsel is attempting to provide much of the responsive information, what we requested and the Court ordered were responses to Interrogatories Nos 1-5, verified by your clients.

Please advise if those verified responses were also provided on Friday to Ms. McTeer, as she is currently out of the office.

Scott


**From:** Tammy Dos Santos [mailto:tdossantos@herronlawapc.com]
**Sent:** Wednesday, August 15, 2018 11:35 AM
**To:** Dawn M. Houston
**Cc:** mherron@herronlawapc.com; Scott Ivy; Michelle Gagnon; Ken Lau
**Subject:** Re: Satmodo LLC v. Whenever Communications, LLC

Counsel,

In response to your letter of today's date regarding the our supplemental response to interrogatories ordered by the court, we provided those responses to you on Friday, August 10, 2018, by way of Mr. Lau's email to you on that date that included a complete Device Inventory with browser search results.

Regarding available dates for the inspection ordered by the court, please provide dates that your expert is available and we will do our best to accomodate his availability.

Best regards,

Tammy

On Wed, Aug 15, 2018 at 10:24 AM, Dawn M. Houston <Dawn.Houston@mccormickbarstow.com> wrote:

EXHIBIT B - 07

## Dawn M. Houston

| | |
|---|---|
| **From:** | Tammy Dos Santos <tdossantos@herronlawapc.com> |
| **Sent:** | Wednesday, August 15, 2018 2:31 PM |
| **To:** | Scott Ivy |
| **Cc:** | Matthew Herron; Michelle Gagnon; Ken Lau; Dawn M. Houston |
| **Subject:** | Re: Satmodo LLC v. Whenever Communications, LLC |
| **Attachments:** | 118081516375002721.png |

Counsel,

Please be advised that we supplemented the earlier responses in the same manner we have done so in the past without objection.

Best regards,

Tammy

On Wed, Aug 15, 2018, 1:37 PM Scott Ivy <Scott.Ivy@mccormickbarstow.com> wrote:

Ms. Santos

I am in receipt of the document provided by Mr. Lau to Ms. McTeer on Friday.  Please make sure in the future that I am copied on all communications to my office.

.

While I think the document transmitted from counsel is attempting to provide much of the responsive information, what we requested and the Court ordered were responses to Interrogatories Nos 1-5, verified by your clients.

Please advise if those verified responses were also provided on Friday to Ms. McTeer, as she is currently out of the office.

Scott

1

EXHIBIT B - 08

**Dawn M. Houston**

| | |
|---|---|
| **From:** | Scott Ivy <Scott.Ivy@mccormickbarstow.com> |
| **Sent:** | Wednesday, August 15, 2018 3:34 PM |
| **To:** | 'Tammy Dos Santos' |
| **Cc:** | Matthew Herron; Michelle Gagnon; Ken Lau; Dawn M. Houston; Scott Ivy |
| **Subject:** | RE: Satmodo LLC v. Whenever Communications, LLC |

Ms. Santos

If you are referring to the prior "List" of IP addresses that your office provided previously, the insufficiency of that unverified list, rather than verified responses to the actual Interrogatories, was one of the main arguments we made in connection with the Motion.

In its Order, the Court noted our concerns that an unverified list provided by counsel was not sufficient that that verified responses to the interrogatories were of particular importance here due to concerns with compliance with our prior evidence preservation letter. (See Court's Ruling at pages 4-6). As a result, the Court specifically Ordered that your clients were "must provide verified responses to Interrogatories 1-5 by no later than August 10, 2018", and not simply provide another unverified list through counsel.

Please provide verified responses so we can proceed with the inspections.

Scott


**From:** Tammy Dos Santos [mailto:tdossantos@herronlawapc.com]
**Sent:** Wednesday, August 15, 2018 2:31 PM
**To:** Scott Ivy
**Cc:** Matthew Herron; Michelle Gagnon; Ken Lau; Dawn M. Houston
**Subject:** Re: Satmodo LLC v. Whenever Communications, LLC

Counsel,

Please be advised that we supplemented the earlier responses in the same manner we have done so in the past without objection.

Best regards,

Tammy


On Wed, Aug 15, 2018, 1:37 PM Scott Ivy <Scott.Ivy@mccormickbarstow.com> wrote:


Ms. Santos

EXHIBIT B - 09



**McCORMICK**
**BARSTOW LLP**
**ATTORNEYS AT LAW**

Scott J. Ivy
scott.ivy@mccormickbarstow.com

**FRESNO, CA OFFICE**
7647 North Fresno Street
Fresno, CA 93720
P.O. Box 28912
Fresno, CA 93729-8912
Telephone (559) 433-1300
Fax (559) 433-2300

Other offices of
McCORMICK, BARSTOW, SHEPPARD
WAYTE AND CARRUTH, LLP

www.mccormickbarstow.com

**BAKERSFIELD, CA OFFICE**
5060 California Ave., Suite 1090
Bakersfield, California 93309
Telephone 661-616-1594
Fax 661-616-1595

**CINCINNATI, OH OFFICE**
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, Ohio 45202
Telephone (513) 762-7520
Fax (513) 762-7521

**DENVER, CO OFFICE**
999 18th Street, Suite 3000
Denver, Colorado 80202
Telephone (720) 282-8126
Fax (720) 282-8127

**LAS VEGAS, NV OFFICE**
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone (702) 949-1100
Fax (702) 949-1101

**MODESTO, CA OFFICE**
1125 I Street, Suite 1
Modesto, California 95354
Telephone (209) 524-1100
Fax (209) 524-1188

August 20, 2018

**VIA E-MAIL AND U.S. MAIL**

Matthew V. Herron, Esq.
Tammy Dos Santos
HERRON LAW, APC
350 Tenth Avenue, Suite 880
San Diego, CA 92101-3545

Re:   Satmodo, LLC v. Whenever Communications, LLC, et al.
       USDC, Southern District, Case No. 17-CV-0192-AJB NLS
       Our File No.: 18265-00000

Dear Mr. Herron & Ms. Dos Santos :

        As previously requested, please provide us with supplemental responses to Interrogatories Nos. 1-5 verified by your client so we can proceed with the inspection also ordered by the Court.

        As to the inspections, our expert is available to proceed with the inspection outlined in the Court's Order on either Friday September 14th (with additional time on Saturday the 15th as needed), or Friday September 28th (with additional time on Saturday the 29th as needed).   Please confirm which of those dates works best on your end and that all of the San Diego location devices will be available for inspection.

Very truly yours,

Scott J. Ivy
McCormick Barstow LLP

SJI:dmh

18265-00000 5294621.1

EXHIBIT B - 10