MATTHEW V. HERRON (Bar No. 71193)
mherron@herronlawapc.com
herronlaw, apc
350 Tenth Avenue, Suite 880
San Diego, California 92101-3545
Tel: (619) 233-4122 / Fax: (619) 233-3709

Attorneys for Defendants WHENEVER COMMUNICATIONS, LLC, dba
SATELLITEPHONESTORE.COM; and HENAA BLANCO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATMODO, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WHENEVER COMMUNICATIONS, LLC, dba SATELLITEPHONESTORE.COM, a Nevada limited liability company, HENAA BLANCO, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 17-CV-0192-AJB NLS<br><br>**SUPPLEMENTAL DECLARATION OF GREG WINTER IN RESPONSE TO ORDER ON JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE NO. 1 (ECF 57)**<br><br>DEPT: 3B<br>JUDGE: Hon. Anthony J. Battaglia<br>MAGISTRATE: Hon. Nita L. Stormes |

I, Greg Winter, declare:

1. I am an adult and am competent to make this declaration.

2. I work in the field of information technology. I was the I.T. Manager of a private company based in San Diego from 2000 – 2009. I Managed all aspects of the company's network and windows based computer systems. I am Co-Founder of Bit Box Hosting, 2004 - present. Specializing in web hosting, managed linux servers, DNS services, email services and as a domain name registrar. I am also the founder of Greg Winter Consulting, 2009 to present, which is a technology consultant firm providing I.T. services, including Network Design and Security, Microsoft Active Directory Domain

SUPPLEMENTAL DECLARATION OF GREG WINTER IN RESPONSE TO ORDER ON JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE NO. 1 (ECF 57)

1

design and management, backup and disaster recovery of linux and windows systems, VMware virtualization, Voice over IP (VOIP) systems, and all other levels of business technology services.

3. I am a retained expert in this case.

4. I was asked to prepare a complete Computing Device Inventory of Defendants' office and employees that also included browser history search results for "Satmodo." I completed this task and prepared the inventory produced as WC 000243 to WC 000301 to comply with the court's order dated July 20, 2018, at pp. 11-12.

5. I declare under the penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. Dated this 24th day of September, 2018, in San Diego, California.

*Greg Winter*

SUPPLEMENTAL DECLARATION OF GREG WINTER IN RESPONSE TO ORDER ON JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE NO. 1 (ECF 57)

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 24, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Dated:      September 24, 2018                         herron law, *apc*

                                                By:    /s/ Matthew V. Herron
                                                       Matthew V. Herron (SBN 71193)
                                                       mherron@herronlawapc.com
                                                       Attorneys for Defendants
                                                       WHENEVER COMMUNICATIONS, LLC,
                                                       dba SATELLITEPHONESTORE.COM; and
                                                       HENAA BLANCO

SUPPLEMENTAL DECLARATION OF GREG WINTER IN RESPONSE TO ORDER ON JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE NO. 1 (ECF 57)

3