MATTHEW V. HERRON (Bar No. 71193)
mherron@herronlawapc.com
herronlaw, *apc*
350 Tenth Avenue, Suite 880
San Diego, California 92101-3545
Tel:  (619) 233-4122 / Fax: (619) 233-3709

Attorneys for Defendants WHENEVER COMMUNICATIONS, LLC, dba
                    SATELLITEPHONESTORE.COM; and HENAA BLANCO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATMODO, LLC, a California limited liability company, | ) Case No. 17-CV-0192-AJB NLS |
| Plaintiff, | ) **DEFENDANTS' STATEMENT PER** ) **COURT ORDER REGARDING** ) **STATUS OF DISCOVERY** |
| v. | ) |
| WHENEVER COMMUNICATIONS, LLC, dba SATELLITEPHONESTORE.COM, a Nevada limited liability company, HENAA BLANCO, an individual, and DOES 1 through 50, inclusive, | ) ) ) ) ) ) ) |
| Defendants. | ) DEPT:        3B ) JUDGE:       Hon. Anthony J. Battaglia |
| _____ | ) MAGISTRATE: Hon. Nita L. Stormes |

///

///

///

///

///

///

///

///

///

**A.    PLAINTIFF DECLINED TO PARTICIPATE IN THIS FILING**

The Magistrate's Order on Joint Motion (Dk#57) ("Order") required the filing of a joint status report within 90 days after July, 20, 2018.  Order, p. 11 of 13.  Contacted by Defense counsel's office, Plaintiff's counsel stated they would not participate in this process.  As a result, Defendant submits its own Statement.

**B.    PLAINTIFF CANCELLED THE SITE INSPECTION AND TOOK OTHER DISCOVERY  OFF CALENDAR**

Following the Order, Defendants provided the computer inventory the court required and retained a forensic computer expert to participate in the computer site inspection and imaging.

The parties' respective counsel arranged for the site inspection on September 28, 2018 and September 29, 2018, and scheduled depositions of witnesses who work for or are related to Defendants for the following week.  Defendants' expert was scheduled to participate in the inspection and to oversee the imaging if necessary.

On September 19, 2018, Plaintiffs counsel cancelled the inspection and imaging, and took the depositions off calendar.  No new date have been proposed and so the inspection, imaging, and depositions have not been rescheduled and are presumably abandoned.

Defendant objected to portions of the Order (Dk#58) and the parties have filed position statements with the District Court concerning the objections.  Dk#62 and 63. Defendant, however, did not seek a stay of the Order and fully cooperated in setting up the inspection and possible imaging.  The objections are likely moot since it does not appear that Plaintiff plans to actually inspect the computers, much less conduct the imaging that was the subject matter of Defendants' objections.

///

///

///

///

**C.   THERE IS NO NEED TO CHANGE THE SCHEDULING ORDER UNLESS PLAINTIFF OFFERS PROOF OF THE MASSIVE CLICK FRAUD ALLEGED IN ITS COMPLAINT**

The Order requests each party's position about inspections at other locations and changes to the scheduling order.  Since Plaintiff's counsel cancelled the inspection in San Diego there is no basis for requesting an inspection at any other location.

Likewise, there is no reason to change the schedule in the case.  The parties are due to disclose experts and to provide supplemental disclosures on October 26, 2018.

As Defendants have previously noted, Plaintiff has identified only about 4000 clicks at issue and Defendants' expert estimates that only about 20 of those clicks are attributed to the Defendants.  At the per click rate of $16, as previously stated by Plaintiff, the amount at issue in the case cannot be more than about $60,000.00 and is probably far less.

Unless the Plaintiff supplements its discovery responses and disclosures to offer some new evidence to support the allegations of massive systematic click fraud attributed to Defendants, which is so dramatically alleged in the complaint, the amounts at issue in the case do not justify much further legal expense and the case ought to be disposed of by summary judgment.  As such, the existing schedule can remain in place at this point in time.

Dated:      October 18, 2018          herron*law, apc*

By:   /s/Matthew V. Herron
      Matthew V. Herron (SBN 71193)
      mherron@herronlawapc.com
      Attorneys for Defendants
      WHENEVER COMMUNICATIONS, LLC,
      dba SATELLITEPHONESTORE.COM; and
      HENAA BLANCO

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 18, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Dated:          October 18, 2018                    herron law, *apc*

                                          By:     /s/ Matthew V. Herron
                                                   Matthew V. Herron (SBN 71193)
                                                   mherron@herronlawapc.com
                                                   Attorneys for Defendants
                                                   WHENEVER COMMUNICATIONS, LLC,
                                                   dba SATELLITE PHONE STORE.COM; and
                                                   HENAA BLANCO