MATTHEW V. HERRON (Bar No. 71193)
mherron@herronlawapc.com
herronlaw, *apc*
350 Tenth Avenue, Suite 880
San Diego, California 92101-3545
Tel:  (619) 233-4122 / Fax: (619) 233-3709

Attorneys for Defendants WHENEVER COMMUNICATIONS, LLC, dba
SATELLITEPHONESTORE.COM; and HENAA BLANCO

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATMODO, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WHENEVER COMMUNICATIONS, LLC, dba SATELLITEPHONESTORE.COM, a Nevada limited liability company, HENAA BLANCO, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____ | Case No. 17-CV-0192-AJB MSB<br><br>**NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br><br>DATE:     January 31, 2019<br>TIME:     2:00 p.m.<br><br>DEPT:     3B<br>JUDGE:    Hon. Anthony J. Battaglia<br>MAGISTRATE: Hon. Michael S. Berg |

PLEASE TAKE NOTICE that on January 31, 2019, at 2:00 p.m. or as soon thereafter as this matter may be heard in Courtroom 3B the above-entitled Court, Defendants WHENEVER COMMUNICATIONS, LLC, dba SATELLITEPHONESTORE.COM; and HENAA BLANCO will move for summary judgment.

///

///

///

1        The motion will be based on this notice, the accompanying points and authorities,

2   the Declaration of Peter Kent, the Declaration of Greg Winter, the Notice of Lodgment,

3   the pleadings and orders in this action, and such other evidence as the court may consider

4   at the hearing.

5   Dated:      November 16, 2018       herron**law,***apc*

6

7                                 By:    /s/ Matthew V. Herron

8                                        Matthew V. Herron (SBN 71193)

9                                      mherron@herronlawapc.com

10                                   Attorneys for Defendants
    WHENEVER COMMUNICATIONS, LLC,

11                                   dba SATELLITEPHONESTORE.COM; and
    HENAA BLANCO

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 16, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Dated:         November 16, 2018              herron**law,** *apc*

                                                By:   /s/ Matthew V. Herron
                                                    Matthew V. Herron (SBN 71193)
                                                    mherron@herronlawapc.com
                                                    Attorneys for Defendants
                                                    WHENEVER COMMUNICATIONS, LLC,
                                                      dba SATELLITEPHONESTORE.COM; and
                                                    HENAA BLANCO