MATTHEW V. HERRON (Bar No. 71193)
mherron@herronlawapc.com
herronlaw, *apc*
350 Tenth Avenue, Suite 880
San Diego, California 92101-3545
Tel:  (619) 233-4122 / Fax: (619) 233-3709

Attorneys for Defendants WHENEVER COMMUNICATIONS, LLC, dba
SATELLITEPHONESTORE.COM; and HENAA BLANCO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATMODO, LLC, a California limited liability company,<br><br>                    Plaintiff,<br><br>v.<br><br>WHENEVER COMMUNICATIONS, LLC, dba SATELLITEPHONESTORE.COM, a Nevada limited liability company, HENAA BLANCO, an individual, and DOES 1 through 50, inclusive,<br><br>                    Defendants.<br>_____ | Case No. 17-CV-0192-AJB MSB<br><br>**DECLARATION OF PETER KENT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br><br>DATE:        January 31, 2019<br>TIME:         2:00 p.m.<br><br>DEPT:        3B<br>JUDGE:     Hon. Anthony J. Battaglia<br>MAGISTRATE: Hon. Michael S. Berg |

I, Peter Kent, declare:

1.     I am an adult and am competent to make this declaration.

2.     I am a retained expert in this case. My resume is attached to the Notice of Lodgment as Exhibit A. In summary, I have over 20 years of experience in online marketing, including search engine optimization, search engine "link"campaigns, and pay per click search engine advertising. I am the author of several best selling books on Internet technology, search engines, and online advertising, including *Complete Idiot's Guide to the Internet, Pay Per Click Search Engine Marketing for Dummies*, and *Search Engine Optimization for Dummies*. Previously, I served as the Vice President of

Marketing at Indigio Group and VP of Web Solutions at IC&C. Currently, I am a Principal at a private ecommerce consulting firm in Colorado.

3. I prepared a report which is attached to the Notice of Lodgment as Exhibit B concerning the number of clicks which might be associated with the Defendants based on the comparison of IP Addresses listed on Plaintiff's actionable click list of 4,161 clicks (attached to the Notice of Lodgment as Exhibit C) with the IP Addresses used by the Defendants, which was based on an inventory compiled and confirmed by Greg Winter, attached to the Notice of Lodgment as Exhibit D.

4. This review was in the form of IP Addresses because that is the identifying information contained on the Plaintiff's list. In other words, the study was based on the methodology used by the Plaintiff to identify the clicks which it claimed were wrongful and attributed to Defendants. As shown in the report, only 20 of the 4,161 clicks recorded the IP Address from the inventory.

5. I declare under the penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. Dated this 15th day of November, 2018, in Denver, Colorado.

_____
Peter Kent

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 16, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Dated:        November 16, 2018            herronlaw, *apc*

By:    /s/ Matthew V. Herron
Matthew V. Herron (SBN 71193)
mherron@herronlawapc.com
Attorneys for Defendants
WHENEVER COMMUNICATIONS, LLC, dba SATELLITEPHONESTORE.COM; and HENAA BLANCO