MATTHEW V. HERRON (Bar No. 71193)
mherron@herronlawapc.com
herronlaw, *apc*
350 Tenth Avenue, Suite 880
San Diego, California 92101-3545
Tel:  (619) 233-4122 / Fax: (619) 233-3709

Attorneys for Defendants WHENEVER COMMUNICATIONS, LLC, dba
SATELLITEPHONESTORE.COM; and HENAA BLANCO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATMODO, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WHENEVER COMMUNICATIONS, LLC, dba SATELLITEPHONESTORE.COM, a Nevada limited liability company, HENAA BLANCO, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 17-CV-0192-AJB MSB<br><br>**DECLARATION OF GREG WINTER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>DATE:  January 31, 2019<br>TIME:  2:00 p.m.<br>DEPT:  3B<br>JUDGE:  Hon. Anthony J. Battaglia<br>MAGISTRATE: Hon. Michael S. Berg |

I, Greg Winter, declare:

1. I am an adult and am competent to make this declaration.

2. I work in the field of information technology.  I was the I.T. Manager of a private company based in San Diego from 2000 – 2009.  I Managed all aspects of the company's network and windows based computer systems.  I am Co-Founder of Bit Box Hosting, 2004 - present.   Specializing in web hosting, managed linux servers, DNS services, email services and as a domain name registrar.  I am also the founder of Greg Winter Consulting, 2009 to present, which is a technology consultant firm providing I.T. services, including Network Design and Security, Microsoft Active Directory Domain

design and management, backup and disaster recovery of linux and windows systems, VMware virtualization, Voice over IP (VOIP) systems, and all other levels of business technology services.

3. I am a retained expert in this case.

4. I was asked to prepare a IP Address inventory of the Defendants' office and employees. This was to provide a way to compare the IP Addresses listed on the click list provided by Plaintiff to the IP Address used by the company and employees. I completed this task and confirmed the data on the inventory marked as WC 000170 and attached to the Notice of Lodgment as Exhibit D.

5. I declare under the penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. Dated this 15th day of November, 2018, in San Diego, California.

_____
Greg Winter

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 16, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Dated: November 16, 2018    herronlaw, *apc*

By: /s/ Matthew V. Herron
Matthew V. Herron (SBN 71193)
mherron@herronlawapc.com
Attorneys for Defendants
WHENEVER COMMUNICATIONS, LLC, dba SATELLITEPHONESTORE.COM; and HENAA BLANCO